# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERNDISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA GOEHRS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action Number _____** |
| | § | |
| **DAKOTA FONTENOT &** | § | |
| **MADISON FONTENOT** | § | **Jury Demanded in State** |
| | § | **Court** |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

Defendant Madison Fontenot, in her individual capacity (hereinafter "Removing Defendant"), respectfully gives notice pursuant to 28 U.S.C. §§ 1441(a) and 1446 that she removes the above-captioned civil action from the Texas Probate Court One of Harris County, Texas Cause Number 537,721 to the United States District Court for the Southern District of Texas.

### I. PROCEDURAL HISTORY AND TIMELINESS

1. On August 21, 2025, Plaintiff Linda Goehrs (Texas resident) filed this action in Texas probate court against Dakota Fontenot (U.S. Virgin Islands resident).

2. Plaintiff filed a recent pleading asserting claims against Madison Fontenot in her individual capacity.

3. Madison Fontenot has not been served but was provided notice of the pleading on April 6, 2026 and filed an Answer and Jury Demand in the State Court Proceeding on April 7, 2026. This Notice of Removal is filed within thirty (30) days of notice and is therefore timely under 28 U.S.C. § 1446(b)(2)(B).

## II. GROUNDS FOR REMOVAL – DIVERSITY JURISDICTION

This Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) because:

A. **Complete Diversity Exists**

- Plaintiff: Linda Goehrs is a Texas resident.

- Defendants: Dakota Fontenot is a resident of the U.S. Virgin Islands. Madison Fontenot is a resident of the U.S. Virgin Islands.

B. **Amount in Controversy** The original action and the fraudulent transfer claim each exceed $75,000, exclusive of interest and costs. The amount-in-controversy requirement is satisfied for the entire action.

C. **Probate Exception Inapplicable** The fraudulent transfer claim against Madison Fontenot is an in personam action seeking personal liability and does not require probate of a will, administration of an estate, or control of property in the probate court's custody. *Marshall v. Marshall*, 547 U.S. 293, 308-12 (2006).

## III. CONSENT OF ALL DEFENDANTS

All Defendants, Dakota Fontenot and Madison Fontenot, consent to this removal. See 28 U.S.C. § 1446(b)(2)(C) (.

**IV. ATTACHMENTS**

Pursuant to 28 U.S.C. § 1446(a), the following state-court documents are attached by separate pleading:

- All process, pleadings, and orders in the state-court action.

**V. NOTICE TO STATE COURT**

A copy of this Notice will be promptly filed with the state probate court.

WHEREFORE, Removing Defendant Madison Fontenot respectfully requests that this action be removed to this Court and that the state court be notified of the removal.

Respectfully submitted,
/s/ Lloyd E. Kelley
LLOYD E. KELLEY
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
kelley@lloydekelley.com
Counsel for Madison Fontenot

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served upon all parties of record in this Cause, on April 7, 2026  via e-service.

/s/ Lloyd E. Kelley
Lloyd E. Kelley