# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA GOEHRS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-02743 |
| | § | |
| MADISON FONTENOT, ET AL. | § | |

## CERTIFICATE OF INTERESTED PARTIES

Intervenors Michelle Fontenot and Dallas Joseph Fontenot, III, certifies that the following is a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

1. Linda Goehrs, as Trustee of the Holli Ann Hardin Trust Number One

2. Michelle Fontenot

3. Dallas Joseph Fontenot, III

4. Dakota Fontenot

5. Madison Fontenot

6. Trustee of the Dakota Trust u/t/a dated November 9, 1994[1]

---

[1] Intervenors believe there is currently a vacancy in the Trustee position for the Dakota Trust. However, Dakota Fontenot claims that he is the current and validly serving Trustee.

1

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

By:    */s/ Ryan O. Cantrell*
Ryan O. Cantrell, Attorney-in-Charge
Texas Bar No. 24055259
Southern District of Texas No. 726506
ryan.cantrell@chamberlainlaw.com
Mariah J. Karigan
Texas Bar No. 24123088
Southern District of Texas No. 3663234
mariah.karigan@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone:  (713) 658-1818
Facsimile:   (713) 658-2553

**ATTORNEYS FOR MICHELLE FONTENOT AND DALLAS JOSEPH FONTENOT III**

## CERTIFICATE OF SERVICE

On April 23, 2026, pursuant to Federal Rule of Civil Procedure 5, a correct copy of this pleading was sent to all counsel of record through the Court's electronic case filing system.

*/s/ Ryan O. Cantrell*
Ryan O. Cantrell

2