# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERNDISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA GOEHRS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 26-cv-027743** |
| | § | |
| **DAKOTA FONTENOT &** | § | |
| **MADISON FONTENOT** | § | |
| | § | |
| **Defendants.** | § | |

## CONTINUATION OF
## APPENDIX TO REMOVAL

Defendant Madison Fontenot, in her individual capacity (hereinafter "Removing Defendant"), respectfully files this Continuation of Appendix to the Removal (DKT#1)

31. Declaration to Motion to Withdraw
32. Order Granting Motion to Withdraw
33. Intervenors' Third Amended Answer & Cross-claims and Application for Temporary Relief
34. Dakota Fontenot Objection to Proposed TI
35. Intervenors' Application for Temporary Restraining Order & Temporary Injunction
36. Temporary Injunction
37. Temporary Injunction Bond
38. Notice of Appeal
39. Letter to Court
40. Non-suit
41. Order of Non-Suit
42. Madison Fontenot Answer
43. Notice of Removal

44. Notice of Removal Appendix

Respectfully submitted,
/s/ Lloyd E. Kelley
LLOYD E. KELLEY
State Bar No. 11203180
2726 Bissonnet Ste 240 PMB 12
Houston, Texas 77005
Telephone: 281-492-7766
kelley@lloydekelley.com
Counsel for Madison Fontenot

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served upon all parties of record in this Cause, on April 29, 2026  via e-service.

/s/ Lloyd E. Kelley
Lloyd E. Kelley