CAUSE NO. 537,721

*******************************

LINDA GOEHRS, IN HER        )        IN PROBATE COURT

CAPACITY AS TRUSTEE         )

OF THE HOLLI ANN HARDIN     )

TRUST NUMBER ONE,           )

    Plaintiff,             )        NUMBER ONE OF

v.                          )

                        )

DAKOTA FONTENOT,            )

    Defendant.             )        HARRIS COUNTY, TEXAS

************************************

ORAL AND VIDEOTAPED DEPOSITION OF

DAKOTA JAMES FONTENOT

FEBRUARY 25, 2026

************************************

888-893-3767
www.lexitaslegal.com

LEXITAS
EXHIBIT
3

ORAL AND VIDEOTAPED DEPOSITION OF DAKOTA JAMES FONTENOT, produced as a witness at the instance of MICHELLE FONTENOT AND DALLAS JOSEPH FONTENOT III, and duly sworn, was taken in the above-styled and numbered cause on February 25, 2026, from 9:59 a.m. until 6:22 p.m., before Denise Ganz Byers, CSR, RPR, CRR, RMR, in and for the State of Texas, reported by machine shorthand, at the offices of Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C., 1200 Smith Street, Suite 1400, Houston, Texas, pursuant to the Texas Rules of Civil Procedure.

A P P E A R A N C E S

FOR THE PLAINTIFF LINDA GOEHRS:
     Rudy Culp
     TEXAS PROBATE ATTORNEY PLLC
     24 Greenway Plaza, Suite 1825
     Houston, Texas 77046
     713.297.0700
     rudy@texasprobateattorney.com

FOR MICHELLE FONTENOT AND
DALLAS JOSEPH FONTENOT III:
     Ryan O. Cantrell
     Mariah J. Karigan
     CHAMBERLAIN, HRDLICKA, WHITE,
     WILLIAMS & AUGHTRY, P.C.
     1200 Smith Street, Suite 1400
     Houston, Texas 77002
     713.658.1818
     ryan.cantrell@chamberlainlaw.com
     mariah.karigan@chamberlainlaw.com

FOR THE DEFENDANT DAKOTA FONTENOT:
     Paul S. Beik
     BEIK LAW FIRM, PLLC
     440 Louisiana Street, Suite 1800
     Houston, Texas 77002
     713.869.6975
     paul@beiklaw.com

ALSO PRESENT:
     Linda Goehrs
     Michelle Fontenot
     Joe Fontenot

VIDEOGRAPHER:
     Brent Moore



And how long have you lived in St. Thomas U.S. Virgin Islands?

A.   Since mid-December?

Q.   And prior to mid December of 2025, had you ever lived in St. Thomas before?

A.   No.

Q.   And where did you live prior to mid-December of 2025?

A.   Houston, Texas.

Q.   And what was your address before you relocated to St. Thomas?

A.   2926 Fontana Drive.

Q.   And how long had you lived there?

A.   Since 2021, I'd say January, or -- yeah -- no, December 2021.  Sometime around that time frame.

Q.   And are you currently employed?

A.   No.

Q.   And is -- I understand you're an attorney

licensed in the state of Texas; is that right?

A.    Yes.

Q.    And is there a -- are you at all licensed in the U.S. Virgin Islands?

A.    No.

LEXITAS

Q.    And do you have a law firm in -- that's been organized in the state of Texas?

A.    Yes.

Q.    And tell me what the name of that law firm is.

A.    The DJF Law Firm.

Q.    And is that business still in good standing, to



your knowledge, with the State of Texas?

A.   Yes.

Q.   And is your law license current in Texas?

A.   Yes.

Q.   Did you practice law at all in the state of Texas in 2026?

A.   I have cases in the Visa/MasterCard class action over interchange fees, and then I have cases in the Discover Card class action for interchange fees, none of which have monetized or generated income yet.



CAUSE NO. 537,721
*******************************

LINDA GOEHRS, IN HER      )      IN PROBATE COURT
CAPACITY AS TRUSTEE       )
OF THE HOLLI ANN HARDIN   )
TRUST NUMBER ONE,         )
     Plaintiff,           )      NUMBER ONE OF
v.                        )
                          )
DAKOTA FONTENOT,          )
     Defendant.           )      HARRIS COUNTY, TEXAS
*************************************

REPORTER'S CERTIFICATION
DEPOSITION OF DAKOTA JAMES FONTENOT
FEBRUARY 25, 2026
*************************************

I, Denise Ganz Byers, Certified Shorthand Reporter in and for the State of Texas, hereby certify the following:

That the witness, DAKOTA JAMES FONTENOT, was duly sworn by the officer and that the transcript of the deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on March 2, 2026 to the witness or to the attorney for the witness for examination, signature and return to me by March 23, 2026;

That the amount of time used by each party at the deposition is as follows:

      MR. CANTRELL/MS. KARIGAN: 5 hours - 24 minutes
      MR. CULP:               57 minutes
      MR. BEIK               None

That pursuant to information given to the deposition officer at the time said testimony was taken, the

following includes counsel for all parties of record:

FOR THE PLAINTIFF LINDA GOEHRS:
     Rudy Culp
     TEXAS PROBATE ATTORNEY PLLC
     rudy@texasprobateattorney.com

FOR MICHELLE FONTENOT AND
DALLAS JOSEPH FONTENOT III:
     Ryan O. Cantrell
     Mariah J. Karigan
     CHAMBERLAIN, HRDLICKA, WHITE,
     WILLIAMS & AUGHTRY, P.C.
     ryan.cantrell@chamberlainlaw.com
     mariah.karigan@chamberlainlaw.com

FOR THE DEFENDANT DAKOTA FONTENOT:
     Paul S. Beik
     BEIK LAW FIRM, PLLC
     paul@beiklaw.com
     I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

     Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

     Certified to by me this 2nd day of March, 2026.

Denise Gara Byers, CSR, RPR, RMR, CRR
Texas CSR No. 2037
Expiration Date: 06/30/27
Lexitas - Firm Registration No. 95
13101 Northwest Freeway, Suite 210
Houston, Texas 77040  281.469.5580

FURTHER CERTIFICATION PURSUANT TO RULE 203 TRCP

The original deposition was/was not returned to the deposition officer on _____;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to Rudy Culp, TEXAS PROBATE ATTORNEY PLLC, Custodial Attorney;

That $_____ is the deposition officer's charges to the Plaintiff Linda Goehrs, for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein and filed with the Clerk.

Certified to by me this ____ day of _____, 2026.

_____
Denise Ganz Byers, CSR, RPR, RMR, CRR
Texas CSR No. 2037
Expiration Date: 06/30/27
Lexitas - Firm Registration No. 95
13101 Northwest Freeway, Suite 210
Houston, Texas 77040
281.469.5580

