**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LINDA GOEHRS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-02743 |
| | § | |
| MADISON FONTENOT, ET AL. | § | |

**AFFIDAVIT OF RYAN O. CANTRELL**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

Before me, the undersigned notary, on this day personally appeared Ryan O. Cantrell, a person whose identity is known to me. After I administered an oath to him, upon his oath he said:

1. My name is Ryan O. Cantrell. The facts stated in this affidavit are within my personal knowledge because they relate to events or occurrences in which I personally participated or which I have personally observed, and are true and correct.

2. I am a shareholder with the law firm of Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. ("Chamberlain Hrdlicka"). I have been licensed to practice law in the State of Texas since 2006 and have actively practiced law in Texas on a full-time basis since then. My practice includes commercial litigation, probate litigation and other civil litigation in Texas state and federal courts, including probate courts, as well as in arbitration proceedings.

3. I am familiar with the guidelines established by the State Bar of Texas concerning the factors to be considered in determining a reasonable fee for professional legal services including: (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly; (2) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (3) the fee customarily charged in the locality for similar legal services; (4) the

**EXHIBIT**
**5**

amount involved and the results obtained; (5) the time limitations imposed by the circumstances; (6) the nature and length of the professional relationship with the client; (7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and (8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered. In addition, I am familiar with the fees customarily charged in Harris County, Texas for legal counsel and representation of the nature that has been performed in these proceedings.

4. Michelle Fontenot ("Michelle") and Dallas Joseph Fontenot III ("Joe") hired Chamberlain Hrdlicka to assist them the above-captioned litigation.

5. My rate as a shareholder in our litigation section is $675 per hour. My associate Mariah Karigan's rate is $430 per hour in 2026. Additional shareholders, senior counsel, and associates performed services in connection with the litigation at rates ranging from $325-$575 an hour. I believe these rates were reasonable and necessary considering the relative experience levels of the attorneys, and the services performed.

6. Michelle and Joe incurred $20,000 in attorneys' fees and costs as a result of Madison Fontenot's removal. Michelle and Joe have incurred attorneys' fees and costs as a result of Madison Fontenot's improper removal that was consented to by Dakota Fontenot. This includes approximately 50 hours of attorney time spent on extensive research regarding the federal court's jurisdiction, impact on the state court's ability to enter a revised order, removal rules and procedures, and this Court's rules and procedures, drafting of a comprehensive Motion to Remand, communications with client and counsel for the Trustee regarding the removal and necessary Motion to Remand, and preparing required federal court filings, including a Certificate of Interested Parties. I have personally performed or have supervised the performance of these legal services for and on behalf of Michelle and Joe.

7. I anticipate that Michelle and Joe will incur an additional $10,000 in attorneys' fees and costs in preparing any necessary reply, and an additional $10,000 in attorneys' fees and costs if this matter is set for oral hearing.

8. Based upon my experience, I believe the hours, fees, and expenses incurred by my firm were and are reasonable and necessary in Harris County considering the relative experience levels of the attorneys and paralegals, and in light of the services performed.

9. I declare under penalty of perjury that all of the foregoing is within my own personal knowledge and is true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ryan O. Cantrell

SUBSCRIBED AND SWORN TO BEFORE ME on this 30th day of April, 2026 by Ryan O. Cantrell.



LISA J. ADAIR
NOTARY PUBLIC, STATE OF TEXAS
Notary ID #7487329
Expires December 28, 2029

_____
Notary Public, State of Texas

3