**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

LINDA GOEHRS                              §
                                          §
v.                                        §        CIVIL ACTION NO. 4:26-cv-02743
                                          §
MADISON FONTENOT, ET AL.                  §

**ORDER GRANTING INTERVENORS' MOTION TO REMAND**
**AND AWARDING COSTS AND FEES**

Intervenors Michelle Fontenot and Dallas Joseph Fontenot III, beneficiaries

of the Holli Ann Hardin Trust Number One (collectively, "Intervenors") Motion to

Remand and for attorneys' fees is hereby GRANTED.

It is therefore ORDERED that, pursuant to 28 U.S.C. § 1447(c), this case is

remanded to Harris County Probate Court No. One.

The Court further finds that the removal filed by Madison Fontenot and

consented to by Dakota Fontenot was objectively unreasonable.  It is therefore

ORDERED, pursuant to 28 U.S.C. § 1447(c), that Intervenors are awarded their just

costs and actual expenses, including attorneys' fees, in the amount of

_____ against Madison Fontenot and Dakota Fontenot jointly and

severally.

SIGNED this ___ day of _____, 2026.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE

1