Docusign Envelope ID: BAZ210DB-2C0D-8A14-8146-298ABB3E0179

UNITED STATES DISTRICT COURT
FOR THE SOUTHERNDISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA GOEHRS, in her capacity as Temporary Trustee of the Holi Ann Hardin Trust No. 1, et al. | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action Number 26-cv-02743 |
| DAKOTA FONTENOT, MADISON FONTENOT, et al., | § § § § | (Jury Demanded) |
| Defendants. | § § | |

DECLARATION OF DAKOTA FONTENOT
CONCERNING DOMICILE AND CITIZENSHIP

I, Dakota Fontenot, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct based upon my personal knowledge:

1. My name is Dakota Fontenot. I am over the age of eighteen and fully competent to make this declaration. I have personal knowledge of the facts stated herein.

2. I am married to Madison Fontenot ("Madison"). We have two minor children ("S.F.") and ("W.F."). (I refer to myself, my wife and my children as "my family" in this declaration). My half-siblings (Joe and Michelle Fontenot) and the

former temporary successor Trustee of a Trust created by my father, Linda Goehrs, (collectively referred to herein as the Goehrs plaintiffs) have sued my family[1] in this matter. Madison was joined last March specifically challenging a transaction occurring in the Virgin Islands.  The Goehrs plaintiffs are residents of Texas. My family are residents of and are domiciled in the Virgin Islands.

3.      On or about July 2025—prior to the filing of the lawsuit against me—my wife and I made the definitive decision to permanently relocate our family, our household, and our professional lives to St. Thomas to be close to our family, and for my children to attend school there.

4.      Our family's ties to the USVI began before we were sued in the Texas state court litigation. Madison's mother, father, brother, and sister have resided in St. Thomas, USVI, for more than a year before I was sued by the Goehrs Plaintiffs. Madison and I are very close with her family and my children are very close to Madison's younger brother and sister who are also minors. I also wanted to work in the U.S. Virgin Island with my father-in-law and become involved in EDC and RTPark programs in St. Thomas.

5.      On or about July 20, 2025, Madison and I executed a real estate Purchase and Sale Agreement to buy our family home at 1-7 Bakkero, St. Thomas, USVI, 00802, a true and correct copy of which is attached hereto as **Exhibit 1**. On

---

[1] . Joe and Michelle list my children as parties in their Third Amended Intervention. It is unclear whether they are seeking relief from our children.  They are not otherwise parties.

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3E0179

July 30, 2025, we paid the required 10% contract deposit on the home.  We bought this property with the intent to make it our permanent home.

6.      It was also our intent to sever our residential ties to Texas.   On July 29, 2025 we submitted my daughter's application for admission and enrollment to Antilles School, a prestigious private school in St. Thomas, which is also where Madison's younger siblings are enrolled. On or about July 29, 2025, we paid the required application fees for enrollment, which is evidenced by the FACTS Management payment confirmation and school submission emails a true and correct copy of which is attached hereto as **Exhibit 2** .

7.      I also advised my friends I was moving. On July 31, 2025, I texted my friend Sam Stilley that Madison and I were moving to St. Thomas, USVI. A few days later, I texted another friend, Mitch Roddy, and informed him that we were moving to St. Thomas to be closer to family and that our children would be attending school there. A true and correct copy of these texts are attached hereto as **Exhibit 3**. On or about August 7, 2025, Madison and I hired a land survey company and a real estate appraiser regarding the purchase of the home at 1-7 Bakkero, as evidenced by the ALTA/NSPS Land Title Survey Certificate completed by Brian Moseley and Associates, Inc. attached hereto as **Exhibit 4**.

8.      On August 14, 2025, we formally organized our USVI holding company, Emerald Island Holdings, LLC, as evidenced by the certified Articles of

Organization filed with the Office of the Lieutenant Governor of the U.S. Virgin Islands, attached hereto as **Exhibit 5**. On or about August 28, 2025, Emerald Island Holdings, LLC took title to our permanent family residence via a General Warranty Deed recorded in the USVI Official Records as Document No. 2025004657, attached hereto as **Exhibit 6**. Concurrently, we purchased long-term USVI property insurance and established a localized payment structure with the Premium Finance Company, as evidenced by the finance confirmation attached hereto as **Exhibit 7** .

9.      In September 2025, Madison and I began planning arrangements to physically move all of our possessions to the USVI territory. We formally notified S.F.'s previous school in Houston, "School of the Woods," that S.F. was permanently relocating to the USVI and would be officially withdrawn at the conclusion of the winter semester. To establish permanent domestic utility infrastructure at our home, we applied to the Virgin Islands Water and Power Authority (VIWAPA) for water and electricity service on September 19, 2025, as evidenced by the signed WAPA contract attached hereto as **Exhibit 8**. We also entered into a preventative infrastructure maintenance contract as it pertains to the property with Import Supply in St. Thomas on October 8, 2025, to secure our home's backup generator system, attached hereto as **Exhibit 9**.

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3F0179

10.     In December 2025, Madison and I completed shipping all of our furniture and household possessions from Houston to the USVI which went into our home St. Thomas. Concurrently, Madison and I, along with our children, three dogs, and our cat, departed from Houston, TX and fully completed our permanent move and relocation to St. Thomas, USVI in December 2025. In January, our children began school in the USVI with no educational or residential ties remaining in Texas. In December 2025, our transition was complete and absolute. Our home furniture, personal items were packed, shipped via maritime freight from Houston, Texas, and delivered directly to our permanent residence in St. Thomas. We listed our Texas house for sale on December 22, and on February 20, 2026, we closed on the sale of our former Texas house located at 2926 Fontana Dr., Houston, Texas 77043. After that date, we did not own, lease, rent, or occupy any real estate, homes, condos, or apartments in Texas.

11.     We have fully integrated our civic, religious, and personal lives into the St. Thomas, USVI community:

- o     **Civic Memberships**: I am an active candidate for membership to the Original Rotary Club of District 7020 & the U.S. Virgin Islands (Rotary Club of St. Thomas). My club membership sponsor is Dr. Kisha Hamilton, an active member of the club. My family and I are local members of Coral World in St. Thomas. I am

also currently being considered for a seat on the development committee at the Antilles School.

○ **Governmental and Licensing**: My wife and I hold a permanent U.S. Virgin Islands driver's license. To do so, I submitted my utility bills as proof of physical residence and was legally required to relinquish my Texas driver's license to the territory. In December 2025, my Ford Bronco was shipped to St. Thomas, is permanently located in the USVI, and is fully registered with the USVI Bureau of Motor Vehicles. Madison and I are registered voters in St. Thomas.

○ **Tax Obligations**: I have executed and submitted IRS Form 8822 (Change of Address) to the Internal Revenue Service, explicitly documenting my permanent move to my home address in St. Thomas.

○ **Financial Infrastructure**: I maintain my personal checking account at 1First Bank, a regional financial institution operating exclusively within the Virgin Islands and Puerto Rico.

○ **Medical and Personal Care**: Our family's primary care practitioner is Dr. John Lenahan at Red Hook Family Practice in St. Thomas. Our treatment providers are located here in the territory (Jeuelle Ottley Sam, PA-C, and Laurie McCormick, MD, DFAPA, with Holistic Wellness & Psychiatry; Dr. Cecilia Penn with Partners 4 Kids). Our family prescriptions are exclusively managed and filled

at the St. Thomas Walgreens location, which is updated as our preferred location on the mobile network application.

12. Professionally, I am an attorney. I have initiated my formal application process for admission to the Bar of the U.S. Virgin Islands to practice law within the USVI territory. As a part of that process, Marjorie Roberts, at Marjorie Rawls Roberts, P.C. (located in St. Thomas, USVI), has agreed to be my supervising attorney in the USVI. I have modified my permanent contact information with the state bar associations of Texas, Arizona, Tennessee, and Oklahoma to reflect my permanent home and mailing address in St. Thomas. I have also formally notified my alma maters, the University of Houston and South Texas College of Law Houston, of my permanent address change.

13. At the time the Intervenors amended their petition on March 12, 2026, to sue my wife individually, and at the time the Notice of Removal was filed in April 2026, and all times thereafter, my wife, my children and I were permanent residents citizens and were exclusively domiciled in the U.S. Virgin Islands. We have no intent to change our residence, citizenship or domicile.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

5/21/2026
Executed on this _____ day of May, 2026.



DocuSigned by:

Dakota Fontenot

779B356B12A6451...

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3E0179

Dakota Fontenot



**DEFENDANT'S EXHIBIT**

**1**



# SEAGLASS

## REAL ESTATE PURCHASE AND SALE AGREEMENT
### SCHEDULE OF TERMS

1. **Date:** 7.20.25 **MLS:** 24-1914 **Deadline for Seller Acceptance: 11:59 PM AST on** 7.22.25

2. **Buyer(s):** Fontenot and/or assigns

3. **Seller(s):** Rice

4. **Property:** 1-7 Bakkero ,

5. **Estate:** Frenchmans Bay    **Quarter:** Frenchmans Bay    **Island:** St Thomas

6. **OLG Map Reference:** D9-947-T71    **Tax Parcel No.:** 1-07302-0339-00 ;

7. **Further Description:** Residential Home aka Villa Havencrest

8. **Purchase Price:** ███████████████████ dollars.

9. **Party Responsible for Stamp Taxes** (check one): ☐ Buyer ☐ Seller ☑ Split (50/50)

10. **Closing Deadline** (check one): ☑ 60 days from the Effective Date; OR ☐ Other_____

11. **Closing Location:** St. Thomas US Virgin Islands.

12. **Deposit:** 10% **Deposit Due Date:** 5 days from the Effective Date.

13. **Escrow Agent:** ☑ Title Company; ☐ Other:_____

14. **Title Insurance Company:** Streamline Title and Escrow

15. **Condition Inspection Deadline:** ☑ 21 days from the Effective Date OR ☐ See Addendum

16. **Form of Deed:** ☑ Warranty ☐ Special Warranty ☐ Quitclaim ☐ Other:_____

17. **Financing** (check one) ☐ Cash Transaction – if this box is checked, Section 17 does not apply.
☑ Financing Applies: Commitment Deadline: 45 days _____ Loan Amount:_____% of the
Purchase Price OR $ ███████. Financing Term (check one): ☑ 30 Years ☐ Other
(specify):_____ years. OR ☐ See Addendum

DS
*D F*
_____ Buyer Initial

Initial
*M F*
_____ Buyer Initial

_____ Seller Initial    _____ Seller Initial    1



**18. Seller agrees to pay Selling Realtor** <u>  3        </u> **% of the Purchase Price or $**<u>          </u> **at Closing**

**19. Property Insurance Coverage contingency (check if applicable).** ☐  This offer is NOT contingent on the availability of Property Insurance Coverage as set forth in section 14. NOTE: check this box only if you are willing to assume the risk that Property Insurance is not available at Closing. If this is a contract for the purchase of land, this contingency does not apply.

**20.      Agency      Disclosure:**      Listing      Broker      represents:      ☒      Seller
Selling Broker represents: ☐ Buyer, ☐ Disclosed Dual Agent ☑ Neither Party

**Selling Realtor(s):** <u>Nick Van Assche                    </u>

VI License #: <u>                                    </u>

**Selling Realtor's Company(ies):** <u>Sea Glass                    </u>

VI License #: <u>                                    </u>

**Listing Realtor(s):** <u>April Newland and Scott Newland            </u>

VI License #: <u>                                    </u>

**Listing Realtor's Company(ies):** <u>Newland Real Estate              </u>

VI License #: <u>                                    </u>

**Tenancies** (check one): ☐Sale is subject to existing tenancy(ies), and lease(s) shall be assigned and assumed at closing, with credit for prepaid rents and deposits and rent to be prorated. ☑ No Tenants at Closing. ☐ See Addendum

**21. Lead Warning Disclosure**: ☐ check if applicable (improved property built pre-1978), and attach.

**Addenda:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

DS
*DF*       Buyer Initial       Initial *MT*       Buyer Initial       _____Seller Initial _____Seller Initial       2



**THE TERMS AND CONDITIONS SET FORTH ON THE FOLLOWING PAGES OF THE CONTRACT, AND ANY AND ALL ADDENDA ARE PART OF THE CONTRACT AND INCORPORATED HEREIN. THIS CONTRACT OF SALE BECOMES A BINDING LEGAL CONTRACT WHEN EXECUTED BY ALL PARTIES, AND EACH PARTY SHOULD READ AND UNDERSTAND ITS TERMS AND CONDITIONS.**

DEFINITIONS: Capitalized and underlined terms used in this Contract have the meanings set forth below.

Buyer: the buyer or buyers named on the Schedule of Terms.

Buyer's Agents: Buyer's agents, employees, independent contractors, engineers, surveyors and other representatives.

Closing: the process by which ownership of the Property shall be transferred from Seller to Buyer, and the Purchase Price shall be paid to the Seller.

Closing Deadline: the date by which Closing must occur as set forth in the Schedule of Terms, as it may be extended if expressly permitted by the terms of this Contract.

Commitment Deadline: the deadline for the Buyer to obtain a Loan Commitment as set forth on the Schedule of Terms.

Condition Inspection Deadline: the deadline specified in the Schedule of Terms.

Contract: this agreement, including any Addenda or Amendments thereto.

Date of Closing: the date Closing actually occurs.

Deadline for Seller Acceptance: the deadline specified in the Schedule of Terms for the Seller's acceptance of the Buyer's offer.

Deed: the written instrument by which title will be conveyed from Seller to Buyer in the form specified on the Schedule of Terms.

Deposit: the deposit set forth in the Schedule of Terms.

Deposit Date: the date by which the Deposit is due, as set forth on the Schedule of Terms.

Effective Date: the date this Contract has been fully executed by all parties and delivered, as specified on the Schedule of Terms. Delivery to the Listing Realtor or Selling Realtor of a fully executed Contract shall be effective as delivery under this Contract. Either party or the Listing or Selling Realtor may complete the Effective Date on the Schedule of Terms with the correct date.

Escrow Agent: the party specified on the Schedule of Terms who shall act as the escrow agent with respect to the Deposit as set forth herein.

Inspection Period: the period between the Effective Date and the Condition Inspection Deadline.

Loan Commitment: a written commitment from a lender to make a Satisfactory Mortgage Loan. A Loan Commitment that is subject to satisfaction of Loan Conditions is nevertheless considered a valid Loan Commitment for purposes of Section 13 of this Contract.

Loan Conditions: conditions in a Loan Commitment, the satisfaction of which is a condition to the

_____ Buyer Initial    _____ Buyer Initial    _____ Seller Initial    _____ Seller Initial    3



lender's obligation to make the loan.

Property: the real property described on the Schedule of Terms.

Property Insurance Coverage means insurance coverage for the Property, insuring against fire, windstorm, earthquake and other perils included in a "broad form" policy, in an amount not less than the minimum required to satisfy the insurer's co-insurance requirements, and, if applicable, the minimum required by the lender. If the Property is a condominium, the term Property Insurance Coverage includes a standard form HO-6 policy, including but not limited to coverage for windstorm damage.

Purchase Price: the purchase price for the Property as described on the Schedule of Terms.

Realtors: the Listing and Selling Realtor

Refund of the Deposit: payment of the Deposit to the Buyer. In cases where this Contract provides for such a refund, from the time the refund is made, the Contract shall terminate and the parties shall have no further obligations or liabilities hereunder except those expressly stated to survive the termination of the Contract.

Satisfactory Mortgage Loan: a mortgage loan in an amount of not less than the Loan Amount stated at #17 on the Schedule of Terms payable in monthly installments of principal and interest over not less than the Financing Term stated at #17 on the Schedule of Terms with interest at the prevailing rate.

Schedule of Terms: the terms of this Contract set forth on page one, which are incorporated herein and made a part hereof.

Seller: the seller or sellers named on the Schedule of Terms.

Tenancies: any tenancies identified in the Schedule of Terms.

**1. PROPERTY:** Buyer hereby agrees to purchase the Property from Seller, and Seller hereby agrees to sell the Property to the Buyer.

**2. PURCHASE PRICE/DEPOSIT:** The Purchase Price is: payable as follows: (a) The Deposit shall be deposited in escrow with Escrow Agent on or before the Deposit Due Date.

(b) The balance of the Purchase Price shall be paid in certified local funds at Closing.

Escrow Agent agrees to hold the Deposit in its trust account and agrees to apply the Deposit as set forth herein. If there is a dispute between Seller and Buyer over the return or forfeiture of the Deposit held in its trust account, then the Escrow Agent shall retain the Deposit in its trust account until it has received a written release from all parties consenting to its disposition, or until disbursement is ordered by a court of competent jurisdiction. Escrow Agent shall be entitled to recover its expenses incurred in connection with such a dispute out of the Deposit.

**3. ACCEPTANCE.** Buyer's offer must be accepted in writing by Seller on or before the Deadline for Seller Acceptance. If the Buyer's offer is not accepted within this time period, then it shall terminate, and the Buyer shall receive a Refund of the Deposit. Effective acceptance includes electronic transmission (including but not limited to email) of a fully executed copy of this Contract to the Buyer or the Selling Realtor, which shall be effective as of the time of transmission.

_____ Buyer Initial    _____ Buyer Initial    _____ Seller Initial    _____ Seller Initial    4



**4. CLOSING.** The <u>Closing</u> shall take place as stated at #11 on the Schedule of Terms on or before the <u>Closing Deadline.</u> Time is not of the essence of this <u>Contract,</u> however either party, by written notice to the other may, at any time after the <u>Closing Deadline,</u> if <u>Closing</u> shall not have occurred, specify an outside date for <u>Closing,</u> not less than 15 days after the date of such notice, and time shall be of the essence as to such outside date for <u>Closing</u>. Possession shall be granted to <u>Buyer</u> on the <u>Date of Closing</u> subject to any <u>Tenancies</u> identified in the <u>Schedule of Terms.</u> If tenants are in possession as of the <u>Effective Date or</u> at any time prior to <u>Closing,</u> then unless the <u>Schedule of Terms</u> provides that the sale is subject to <u>Tenancies,</u> Seller is responsible for causing the tenants and their property to exit the Property prior to Closing.

**5. EXPENSES.** <u>Seller</u> shall pay the costs of preparing the <u>Deed,</u> recording any mortgage releases, and securing the necessary attests and tax certificates. Real estate taxes, association assessments and dues, rent and/or security deposits, if any, shall be prorated to the <u>Date of Closing</u> between <u>Seller</u> and <u>Buyer</u>. Adjustments for real property taxes shall be based upon the most recent tax bill available. All expenses of obtaining financing, preparing loan documents, new surveys, appraisals, inspections, title examinations, title insurance, and the recording fees of the <u>Deed</u> and any purchase money mortgage shall be paid by the <u>Buyer.</u> Each party shall pay its own attorney's fees. The party responsible for paying the stamp taxes is identified on the <u>Schedule of Terms.</u>

**6. TITLE.** At <u>Closing, Seller</u> shall convey marketable and insurable fee simple title to the <u>Property</u> to the <u>Buyer</u> by the <u>Deed</u> subject only to easements, covenants, restrictions, and rights of way of record that do not render the title unmarketable, any <u>Tenancies,</u> and all zoning, building, environmental, or other laws or regulations affecting the use or occupancy of the <u>Property</u>. <u>Buyer</u> shall be allowed to have the title examined and shall promptly notify <u>Seller</u> in writing of any title defects, zoning or deed restriction violations, or encroachments which may exist. <u>Seller</u> shall then have a reasonable opportunity to cure such objections and may extend the date for closing up to **sixty (60) days** after notification of the objections in order to cure them. If <u>Seller</u> is unable to cure the objections, then <u>Buyer</u> shall have the right to terminate this <u>Contract</u> and receive a <u>Refund of the Deposit.</u> If requested by the <u>Buyer's</u> title insurance company, <u>Seller</u> shall also execute at <u>Closing</u> a standard form owner's affidavit in a format reasonably acceptable to <u>Buyer's</u> title insurance company.

**7. INSPECTION, ENTRY AND BROKER INDEMNIFICATION**.

    (a) <u>Buyer</u> or <u>Buyer's</u> designee shall inspect the condition of the <u>Property</u> on or before the <u>Condition Inspection Deadline.</u> <u>Buyer</u> shall have up to and including the date of the <u>Condition Inspection Deadline</u> in which to terminate this <u>Contract</u> by written notice to <u>Seller</u> or the Listing Realtor in which case the Buyer shall receive a <u>Refund of the Deposit</u>**.** The <u>Inspection Period</u> is a time period for <u>Buyer</u> to ascertain the condition of the <u>Property</u> with the knowledge that if <u>Buyer</u> proceeds with the purchase, <u>Buyer</u> is accepting the condition of the <u>Property</u> with no representations or warranties by the <u>Seller</u> or <u>Realtors</u> whatsoever, except as specifically set forth herein. In no case shall <u>Seller,</u> or the <u>Realtors</u> be held responsible for damages or physical defects to the <u>Property</u>. <u>Seller</u> and <u>Realtors</u> make no personal or professional claims as to the condition of the <u>Property.</u> If <u>Seller</u> has provided a written disclosure statement, then it shall be attached to this <u>Contract</u> and made a part of it.

    (b) <u>Buyer</u> and <u>Buyer's Agents</u> shall have the right to enter the <u>Property</u> at reasonable times for the purposes of performing appraisals, testing water samples, making surveys and inspections of the <u>Property,</u>

_____ Buyer Initial      _____ Buyer Initial         _____ Seller Initial     _____ Seller Initial      5



and performing any and all other reasonable activities relating to the purchase of the <u>Property,</u> including a pre-closing inspection for the purpose of ascertaining the condition of the <u>Property</u> and any personal property being conveyed. <u>Buyer</u> and <u>Buyer's Agents</u> shall make entry only after providing reasonable notice to <u>Seller</u> and any tenant or other occupant of the <u>Property. Buyer</u> agrees that the entry permitted by this paragraph shall not cause injury or damage to the <u>Property. Buyer</u> indemnifies and holds harmless <u>Seller</u> and <u>Realtors</u> against any such injury or damage caused by <u>Buyer</u> or <u>Buyer's</u> Agents.

(c) Buyer and <u>Seller</u> acknowledge that the Realtor(s) in the course of events leading to this <u>Contract</u> have advised <u>Buyer</u> and <u>Seller</u> of the need for professional opinions, advice, counsel and other services for the protection of their interests or rights in this matter, including but not limited to: consultation with an attorney prior to the signing of this <u>Contract,</u> and professional inspection and evaluation of the <u>Property</u> by an engineer, surveyor or inspector to reveal any defects or deficiencies that may or may not be visually detectable. <u>Buyer</u> and <u>Seller</u> acknowledge that they have not received or relied upon any statements or representations made by the <u>Realtors</u> which are not expressly set forth in this <u>Contract</u>. <u>Seller</u> and <u>Buyer</u> each hereby agree to indemnify and hold harmless each <u>Realtor,</u> and its respective agents and employees from and against any and all claims damages suits or causes of actions for damages and other liabilities that may arise out of or result from this <u>Contract,</u> the <u>Closing,</u> the condition of the <u>Property,</u> or otherwise, unless such liability was solely caused by the gross negligence or intentional misconduct of such <u>Realtor.</u>

## 8. COMMISSION.

(a) <u>Seller</u> shall pay to the <u>Listing Realtor</u> the commission as stipulated in the listing agreement between <u>Seller</u> and the <u>Listing Realtor</u> at the time of <u>Closing</u> unless otherwise agreed in writing by the <u>Seller</u> and the <u>Listing Realtor.</u>

(b) <u>The parties acknowledge that the Realtors</u> have assisted in bringing about this transaction and shall be entitled to share in the commission in accordance with cooperative brokerage arrangements between <u>Listing Realtor</u> and <u>Selling Realtor.</u>

(c) <u>Seller</u> and <u>Buyer</u> mutually represent and warrant that, except as specifically provided in this Section 8, no other real estate agent or broker has assisted in bringing about this <u>Contract</u> between <u>Seller</u> and <u>Buyer</u> and neither <u>Seller</u> nor <u>Buyer</u> knows of any other real estate agent or broker entitled to any commission or fee in connection with this transaction. <u>Seller</u> and <u>Buyer</u> shall indemnify and defend each other against any costs, claims or expenses, including reasonable attorneys' fees, arising out of the breach on their respective parts of any representations, warranties or agreements contained in this paragraph. The representations and obligations under this paragraph shall survive the <u>Closing</u> or, if the <u>Closing</u> does not occur, the termination of this <u>Contract</u>.

**9. DEFAULT BY BUYER**. If <u>Seller</u> accepts this <u>Contract</u> and if the transaction contemplated herein is not closed by reason of <u>Buyer's</u> default or failure or refusal to perform through no fault of the <u>Seller,</u> then <u>Seller</u> shall have the right to elect either (i) to terminate this <u>Contract,</u> to have the <u>Deposit</u> paid one-half to <u>Seller</u> and one half to the <u>Realtors</u> (but not to exceed the agreed commission) as full liquidated damages, and no party shall have any further rights, obligations or liabilities hereunder; or (ii) <u>Seller</u> may pursue an action for specific performance.

**10. DEFAULT BY SELLER**. If the <u>Seller</u> accepts this <u>Contract</u> and if the transaction contemplated herein is not closed by reasons of <u>Seller's</u> default or failure or refusal to perform, through no fault of the

_____ Buyer Initial    _____ Buyer Initial    _____ Seller Initial    _____ Seller Initial    6



Buyer, then Buyer shall have the right to elect either (i) to terminate this Contract, and receive a Refund of the Deposit and Seller shall be obligated to immediately pay Broker the full commission as set forth in the listing agreement, or (ii) Buyer may pursue an action for specific performance.

**11. DESTRUCTION OR DAMAGE TO PROPERTY**. Unless Buyer takes possession of the Property prior to Closing, Seller shall bear the risk of loss prior to Closing, including but not limited to total or partial destruction of the Property and its contents due to casualty. Seller shall deliver the Property in substantially the same condition as it existed at the time of the execution of this Contract by the Seller (reasonable wear and tear excepted), and shall adequately maintain and repair it until Closing. If prior to Closing, any improvements located on the Property are destroyed or damaged by fire or other casualty to the extent that the cost of repair or replacement shall exceed ten percent (10.0%) of the Purchase Price, then either party shall have the right to terminate this Contract by providing written notice to the other party prior to Closing, in which event, the Buyer shall be entitled to a Refund of the Deposit. If neither party elects to terminate this Contract, or if the damage is less than ten percent (10.0%) of the Purchase Price, then Seller shall either (i) restore the Property to its condition as of the Effective Date; or (ii) convey it to Buyer with an appropriate reduction in the Purchase Price; or (iii) convey the Property to the Buyer at the stated Purchase Price, along with an assignment of all insurance proceeds and a credit for the amount of any deductible or reduction in the insurance proceeds below the cost of repair. In the case of option (i), the Closing will be postponed for a reasonable period of time to allow Seller to make such repairs. If the Buyer takes possession of the Property prior to Closing, all risk of loss is on the Buyer, in which case Buyer may not terminate this Contract in the event of a total or partial destruction of the Property due to casualty or other loss, or obtain a reduction in the Purchase Price, but shall be entitled to an assignment of any insurance proceeds.

**12. PERSONAL PROPERTY**. The Property, if improved, is being sold with the following: all installed fixtures, major appliances and equipment including, if present at time of contract execution: all plumbing and electrical systems, water pumps, the hot water heater(s), major kitchen appliances (stove, refrigerator, dishwasher, ice maker, built in grills), built-in cabinets and overhead fan(s), and all air-conditioning units and associated hardware, and any generator.

**13. FINANCING.** If so indicated in the Schedule of Terms, Buyer's obligations under this Contract are subject to and contingent upon the Buyer being able to obtain a Loan Commitment for a Satisfactory Mortgage Loan on the Property from a lending institution offering mortgage loans in the U.S. Virgin Islands on or before the Commitment Deadline. If, after diligent effort, the Buyer is unable to obtain a Loan Commitment for a Satisfactory Mortgage Loan before the Commitment Deadline, either party may terminate this Contract by written notice to the other, in which case the Buyer shall receive a Refund of the Deposit. If neither party sends notice terminating the Contract for Buyer's failure to timely obtain a Loan Commitment, and Buyer subsequently obtains a Loan Commitment, the Commitment Deadline will be deemed to have been extended to the date the Buyer obtained the Loan Commitment. Buyer, at Buyer's option, may apply for or accept a loan of a lesser amount or a higher rate, and in such case such loan shall be deemed to be a Satisfactory Mortgage Loan, so long as the differing loan terms do not cause Buyer not to qualify for the loan. The Buyer agrees to use diligent efforts to obtain a Loan Commitment including applying for a mortgage loan with a lending institution offering mortgage loans in the U. S. Virgin Islands within seven business days of the Effective Date, and complying with the lender's requirements for the payment of fees and production of documents. If the Loan Commitment is subject to Loan Conditions, Buyer shall notify the Seller of the Loan Conditions, and provide a copy of the Loan Commitment prior to

_____ Buyer Initial    _____ Buyer Initial      _____ Seller Initial    _____ Seller Initial     7



the expiration of the <u>Commitment Deadline</u>. <u>Buyer's</u> failure to timely provide the <u>Seller</u> with the <u>Loan Commitment</u> and the <u>Loan Conditions</u> will be deemed an election of the Buyer to proceed to Closing without the option to terminate the <u>Contract</u> if a <u>Loan Condition</u> is not satisfied. The <u>Seller</u> shall, within three business days of having been furnished a copy of the <u>Loan Commitment</u> and the <u>Loan Conditions,</u> elect, by written notice to Buyer to either (i) agree to refund the <u>Deposit</u> if the Buyer is unable to satisfy the <u>Loan Conditions;</u> or (ii) refuse to refund the <u>Deposit</u> if the <u>Buyer</u> is unable to satisfy the <u>Loan Conditions</u>. <u>Seller's</u> failure to timely elect an option shall be deemed to be an election of option (i). If Seller elects option (i), <u>Buyer</u> agrees to use diligent efforts to satisfy the <u>Loan Conditions,</u> and if, notwithstanding the <u>Buyer's</u> diligent efforts, <u>Buyer</u> is unable to satisfy a <u>Loan Condition,</u> and as a result, and without fault of Buyer, the <u>Loan Commitment</u> is terminated or expires, <u>Buyer</u> may terminate the <u>Contract</u> and receive a <u>Refund of the Deposit.</u> If Seller elects option (ii), the <u>Buyer</u> shall then have three business days from the date of the Seller's notice of its election to either (i) terminate the <u>Contract</u> and receive a <u>Refund of the Deposit;</u> or (ii) proceed to <u>Closing</u> with the financing contingency deemed to be satisfied, notwithstanding the <u>Loan Conditions.</u>

**14.    PROPERTY INSURANCE**. The <u>Buyer</u> shall make reasonable efforts to obtain <u>Property Insurance Coverage</u> before the <u>Date of Closing</u>. If the <u>Buyer</u> is unable to obtain property insurance coverage in an amount not less than the minimum required to satisfy the insurer's co-insurance requirements, and, if applicable, the minimum required by the lender, the <u>Buyer</u> shall notify the <u>Seller</u> in writing as soon as possible. If the <u>Buyer</u> notifies the <u>Seller</u> in writing that <u>Property Insurance Coverage</u> cannot be obtained, the <u>Seller</u> shall have the option to extend the <u>Closing Date</u> for up to 45 days to allow the <u>Buyer</u> additional time to obtain <u>Property Insurance Coverage</u>. If the <u>Buyer</u>, after the expiration of the extensions granted by the <u>Seller</u>, if any, is unable to obtain <u>Property Insurance Coverage</u>, the <u>Buyer</u> shall have the option of terminating the <u>Contract</u> and receiving a <u>Refund of the Deposit</u>, or of closing without <u>Property Insurance Coverage</u>.

**15. MISCELLANEOUS.** This <u>Contract</u> constitutes the entire agreement between the parties hereto and no representations, agreements, inducements or provisions other than those expressly set forth herein shall be binding. All changes, additions or deletions to this <u>Contract</u> must be in writing and signed by all parties. All notices shall be in writing and may be delivered via email, hand delivery, courier, or by confirmed mail delivery to the other party or its attorney or agent. The notice shall be effective when hand delivered or the date sent, as evidenced by the delivery confirmation. The parties agree that electronic signatures are binding. This <u>Contract,</u> regardless of where it is signed, shall be deemed to have been made in the United States Virgin Islands and shall be governed by and interpreted in accordance with the laws of the United States Virgin Islands. <u>Buyer</u> shall not have the right to assign any of <u>Buyer's</u> rights or obligations under this <u>Contract</u> without the prior written consent of <u>Seller,</u> which consent shall not be unreasonably withheld or delayed. This <u>Contract</u> shall be binding upon and shall inure to the benefit of the parties hereto and their respective heirs, representatives, successors and assigns. As used herein, words in the singular shall include the plural and the masculine shall include the feminine and neuter genders, as appropriate. At <u>Closing,</u> the <u>Seller</u> shall comply with the withholding tax requirements imposed by Section 1445 of the Internal Revenue Code.

_____ Buyer Initial    _____ Buyer Initial    _____ Seller Initial    _____ Seller Initial    8



**THIS CONTRACT OF SALE BECOMES A BINDING LEGAL CONTRACT WHEN EXECUTED BY ALL PARTIES, AND EACH PARTY SHOULD READ AND UNDERSTAND ITS TERMS AND CONDITIONS.**

DocuSigned by:

Buyer _Dakota Fontenot_          Date                Seller                Date
779B356B12A6451...

Signed by:

Buyer _Modre fatat_          Date                Seller                Date
043C35F72BCA482...

**EFFECTIVE DATE: Executed** _____("EFFECTIVE DATE"), (BROKER: FILL IN THE DATE THE CONTRACT WAS FULLY EXECUTED AND INITIALED BY THE PARTIES.) THE "EFFECTIVE DATE", UNLESS OTHERWISE AND EXPRESSLY STATED HEREIN, SHALL BE THE DATE FROM WHICH ALL PERFORMANCE OR DEADLINE DATES ARE CALCULATED, PROVIDED THAT THE EFFECTIVE DATE SHALL NOT BE COUNTED IN THE CALCULATION.

_____Buyer Initial _____Buyer Initial            _____Seller Initial _____Seller Initial            9

**Subject:** Application Submitted - S███ Fontenot

**Date:** Tuesday, July 29, 2025 at 3:54:08 PM Atlantic Standard Time

**From:** Antilles School <noreply@factsmgt.com>

**To:** dakotajamesfontenot@gmail.com <dakotajamesfontenot@gmail.com>



DEFENDANT'S
EXHIBIT

**2**

Dear Antilles School Applicant,

Thank you for applying to our school. We have received your submitted online application and will begin the process of reviewing and building your admissions file.

In order to complete your file, please refer to our Application Checklist and Supplemental Application Forms listed in your [Antilles School Online Application](#) account.

To access the forms, please log in to your account via your username and password, find your submitted application, and click on **Supplemental Application Forms**. From your account you will also be able to track your progress through our admissions process, including when we receive requested references and other supplemental forms.

In the meantime, should you have questions, please do not hesitate to call the Office of Admission at 340-776-1600 ext 1701 or 1702.

The Admission Team,
Ava Kendall
Michelle Braley
Hugh Arnold

Docusign Envelope ID: BA7210DB-2C0D-8A44-8146-298ABB3E0179

**Subject:** Welcome to Online Application

**Date:** Tuesday, July 29, 2025 at 3:00:11 PM Atlantic Standard Time

**From:** Antilles School <noreply@factsmgt.com>

**To:** Fontenot, Dakota <dakotajamesfontenot@gmail.com>

Dear Antilles School Applicant,

We are thankful that you have decided to apply for admission to our school. Since its founding, Antilles School has been devoted to teaching students to think critically and wisely, instilling heartfelt joy and interest in learning, while encouraging lives of character and leadership.

Our admissions team is looking forward to reading your application and meeting you in person. If you have any questions, please do not hesitate to contact the Office of Admission at 340-776-1600 ext 1701 or 1702.

The Admission Team,
Hugh Arnold
Ava Kendall
Michelle Braley

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3E0179

**Subject:**  Antilles School Payment Confirmation
**Date:**  Tuesday, July 29, 2025 at 3:57:00 PM Atlantic Standard Time
**From:**  FACTS Management Company <noreply@factsmgt.com>
**To:**  dakotajamesfontenot@gmail.com <dakotajamesfontenot@gmail.com>



# Antilles School
## Payment Confirmation

Dakota Fontenot
Customer #: 5426185699
Customer ID: OA5276

## Dakota Fontenot:

The following payment was authorized and submitted on 07/29/2025.

| | |
|---|---|
| PAYMENT DATE | 07/29/2025 |
| ACCOUNT HOLDER NAME | Dakota Fontenot |
| ACCOUNT | Visa - 6154 |
| INSTITUTION AMOUNT | $75.00 |
| This is a one-time payment and cannot be cancelled. | |

PAYMENT DETAILS

| NAME | DESCRIPTION | AMOUNT PAID |
|---|---|---|
| Dakota Fontenot | Application - Charges Added - S███████ Fontenot Application | $75.00 |
| | **Total Amount** | **$75.00** |

Thank you,
FACTS Management Company

Docusign Envelope ID: BA7210DB-2C0D-8A44-8146-298ABB3E0179

If you have any questions, contact Customer Service at (866)441-4637.

Si usted tiene preguntas sobre esta correspondencia,
llame al Servicio al cliente (866)441-4637.

*Please do not reply to this automated message. The mailbox is not monitored.*

Messages - Samuel Stilley (+17137032141)                    +17134192966, dakotajamesfontenot                    oud.com



iMessage
7/31/25 3:04:02 PM AST (Read 7/31/25 3:17:55 PM AST)

How have you been?

7/31/25 3:46:02 PM AST

Samuel Stilley (+17137032141)

I've been good man, just busy working and trying to enjoy life more

How is the family?

7/31/25 4:04:09 PM AST

Good man. We just got back from vacation a week ago with my wife's family down in Mustique which is part of St. Vincent & Grenadines. We had a great time.

7/31/25 4:05:44 PM AST

We are actually in process of planning to move down to St. Thomas. I've got a house under contract right now, just getting inspections done and what not. Plan is to move early October.

7/31/25 5:01:13 PM AST (Read 7/31/25 7:37:12 PM AST)

Samuel Stilley (+17137032141)

Like St Thomas the Virgin Islands??? Bro that's amazing!!!!

7/31/25 7:38:31 PM AST

Yes sir.. paradise lol.

7/31/25 7:39:01 PM AST

https://www.seaglassproperties.com/search/homes-for-sale/1-7-bakkero-fb-st-thomas-00802-24-1914-78824/

• Samuel Stilley reacted with      on 8/4/25, 3:36 PM



Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.19, 18:00 with iMazing 3.5.2 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Page 1 of 2

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3E0179

Messages - Samuel Stilley (+17137032141)                    +17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

7/31/25 7:40:23 PM AST

> I'm going to have to put about another ▮▮ into the house to modernize it and bring it up to date, but it's going to be worth it once I'm done.
>
> • Samuel Stilley reacted with      on 8/4/25, 3:36 PM

7/31/25 7:41:16 PM AST

> If you ever come down there, you are more than welcome to come stay with us at the house. There is a guest house down stairs.
>
> • Samuel Stilley reacted with      on 8/4/25, 3:37 PM

8/4/25 3:37:40 PM AST

Samuel Stilley (+17137032141)

Bro this house is unbelievable!!!

8/4/25 3:38:00 PM AST

Samuel Stilley (+17137032141)

Major major congratulations, amazing

8/5/25 12:06:38 PM AST

> Thank you! Ya I'm very excited. Can't wait to get down there. I gotta get rid of the GT3 RS though. Lol The roads down will not work for that car. Sits too low to the ground. If you know anyone interested in buying it, please let me know. Trying to sell it this month.

Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.19, 18:00 with iMazing 3.5.2 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F
Page 2 of 2

Docusign Envelope ID: BA7210DB-2C0D-8A44-8146-298ABB3E0179

Messages - Harrison (+18326875040)

+17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

iMessage
10/31/25 1:41:05 PM AST (Read 10/31/25 7:15:21 PM AST)

**Harrison (+18326875040)**

Heard you guys or moving?

10/31/25 7:16:14 PM AST

Sorry for the slow reply lol I got side tracked. I didn't realize you had to get surgery! How long is the healing process?

Ya, we are moving mid-december, once Sara gets out of school.

10/31/25 7:27:26 PM AST (Read 11/2/25 6:52:47 PM AST)

**Harrison (+18326875040)**

Full recovery (sports), 9 months

10/31/25 7:27:33 PM AST (Read 11/2/25 6:52:47 PM AST)

**Harrison (+18326875040)**

Awesome 👏🏼

10/31/25 7:27:41 PM AST (Read 11/2/25 6:52:47 PM AST)

**Harrison (+18326875040)**

I'm sure you're excited

10/31/25 7:28:01 PM AST (Read 11/2/25 6:52:47 PM AST)

**Harrison (+18326875040)**

Already bought? Where are you moving to again? St. Croix?

11/2/25 6:53:22 PM AST (Delivered 11/2/25 6:53:24 PM AST)

Ya we closed on the house back in September. St. Thomas USVI


Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:39 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3E0179

Messages - Hunter Hollie (+15129550941)                    +17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

iMessage
10/25/25 9:04:58 PM AST (Delivered 10/25/25 9:04:59 PM AST)

> I've been meaning to hit you up to see when you were going to be back in town. Maddie and I are moving in December

10/25/25 9:05:12 PM AST (Read 10/25/25 9:05:12 PM AST)

Hunter Hollie (+15129550941)

Where to?

10/25/25 9:05:18 PM AST (Read 10/25/25 9:05:18 PM AST)

Hunter Hollie (+15129550941)

Georgia?

10/25/25 9:05:25 PM AST (Delivered 10/25/25 9:05:26 PM AST)

> St. Thomas USVI

10/25/25 9:05:40 PM AST (Read 10/25/25 9:06:21 PM AST)

Hunter Hollie (+15129550941)

Holy hell

10/25/25 9:05:53 PM AST (Read 10/25/25 9:06:21 PM AST)

Hunter Hollie (+15129550941)

Hahah to join Maddie's parents?

10/25/25 9:06:30 PM AST (Delivered 10/25/25 9:06:32 PM AST)

> https://www.seaglassproperties.com/search/homes-for-sale/1-7-bakkero-fb-st-thomas-00802-24-1914-78824/

10/25/25 9:07:13 PM AST (Delivered 10/25/25 9:07:14 PM AST)

> Ya we bought a house. We are selling our home here after we move.

10/28/25 5:36:16 PM AST

> When are you going to be in town tomorrow?

10/28/25 5:37:38 PM AST

> Need to know time for dinner

10/28/25 8:00:53 PM AST (Delivered 10/28/25 8:00:54 PM AST)

> Let's do lunch tomorrow. My babysitter can't stay past 5pm tomorrow


Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:29 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F                    Page 1 of 2

Docusign Envelope ID: BA7210DB-2C0D-8A11-8146-298ABB3E0179

Messages - Hunter Hollie (+15129550941)                    +17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

10/28/25 8:05:04 PM AST (Read 10/28/25 8:05:19 PM AST)

Hunter Hollie (+15129550941)

Okay, sounds good


Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:29 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Messages - Micah Johnson (+17133979529)    +17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

iMessage
10/28/25 8:12:22 PM AST (Delivered 10/28/25 8:12:23 PM AST)

> How are things going with your business

10/28/25 8:16:02 PM AST (Read 10/28/25 8:53:51 PM AST)

Micah Johnson (+17133979529)

It's going good. Trying to structure the portfolio to hold more cash than usual at about 15%, while still maintaining beta exposure. Also Building out hedging capabilities right now for the portfolio level. Portfolio and risk management.

10/28/25 8:54:19 PM AST (Delivered 10/28/25 8:54:20 PM AST)

> Nice 👍

10/28/25 8:54:46 PM AST (Delivered 10/28/25 8:54:46 PM AST)

> I'm moving in December so we need to make a plan to hang out sometime before then

10/28/25 8:55:32 PM AST (Read 10/28/25 9:00:35 PM AST)

Micah Johnson (+17133979529)

Absolutely, just let me know when. Our office is downtown in the building next to Merrill, the Esperson Tower. Where are you moving to?

10/28/25 9:00:48 PM AST (Delivered 10/28/25 9:00:49 PM AST)

> St. Thomas USVI

10/28/25 9:01:33 PM AST (Read 10/28/25 9:07:38 PM AST)

Micah Johnson (+17133979529)

Damn, what'd you do? 🤣🤣

10/28/25 9:02:33 PM AST (Read 10/28/25 9:07:38 PM AST)

Micah Johnson (+17133979529)

That'll be amazing

10/28/25 9:09:18 PM AST (Delivered 10/28/25 9:09:19 PM AST)

> lol I know. I just need a change of pace and reset to focus on the other stuff I'm working on. What better way to do that than from paradise lol

10/28/25 9:09:33 PM AST (Read 10/28/25 9:09:49 PM AST)

Micah Johnson (+17133979529)

That's right


Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:37 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Page 1 of 2

Docusign Envelope ID: BA7210DB-2C0D-8A44-8146-298ABB3E0179

Messages - Micah Johnson (+17133979529)

+17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

10/28/25 9:10:09 PM AST (Delivered 10/28/25 9:10:10 PM AST)

> Plus Maddie's family lives down there now so we will be super close to them

Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:37 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Page 2 of 2

Messages - Red Arega (+18322879933)

+17134192966, dakotajamesfontenot@gmail.com, dakota_fontenot@icloud.com

iMessage
10/28/25 7:59:05 PM AST (Delivered 10/28/25 7:59:05 PM AST)

> Hey dude! What's up

10/28/25 8:09:24 PM AST (Delivered 10/28/25 8:09:24 PM AST)

> move in December so we need to hang out before then. Are you in town?

10/28/25 8:27:06 PM AST (Read 10/28/25 8:36:16 PM AST)

Red Arega (+18322879933)

Hey bro! Move where??

10/28/25 8:36:38 PM AST (Delivered 10/28/25 8:36:38 PM AST)

> St. Thomas USVI

10/28/25 8:43:51 PM AST (Delivered 10/28/25 8:43:52 PM AST)

> We leave mid December

10/28/25 8:45:52 PM AST (Read 10/28/25 8:50:14 PM AST)

Red Arega (+18322879933)

Whaaaaaat that's awesome

10/28/25 8:47:14 PM AST (Read 10/28/25 8:50:14 PM AST)

Red Arega (+18322879933)

Yes we do! I have a quick trip to New Orleans, I'll message you as soon as I'm back. I've actually got little to nobtravel the rest of the year.

I wanna see you Maddie and the kids at least 10 times to make up for lost time

10/28/25 8:51:06 PM AST (Delivered 10/28/25 8:51:06 PM AST)

> Ya man that sounds good. You can come down there and visit us too after we move lol

> • Red Arega reacted with ❤️ on 10/28/25, 9:17 PM



Exported from: Dakota's iPhone (DKFFWJ1Y26) on 2026.05.21, 08:32 with iMazing 3.5.3 by DigiDNA
Database date when extracted: 2026.04.13, 10:39
Backup checksum: D1F96EA1E3AA1840080BF3B51B357A5D2A321E4500F96297B70D1A12C0242A6F

Page 1 of 1





DEFENDANT'S
EXHIBIT

**4**

DWG. NO.  4578-1

## SURVEYOR'S CERTIFICATE

For Parcel(s) No.:  1-7

Estate:  Bakkero

Quarter:  No. 5 Frenchman's Bay

Island:  St. Thomas

This is to certify that this map and the survey on which it is based were made in accordance with the 2021 Minimum Standard Detail Requirements for ALTA/NSPS Land Title Surveys, jointly established and adopted by ALTA and NSPS, and includes Items 4, 8, 11(a), 16, and 19 of Table A thereof. The field work was completed on  8/20/2025.

Date of Map:  8/26/2025.

BRIAN MOSELEY AND ASSOCIATES, INC.

Ryan C. Wisehart, PLS #773LS

4003 RAPHUNE HILL ROAD   SUITE 606   ST. THOMAS, VI 00802

# SURVEYOR'S REPORT

DWG No. _____4578-1_____                                    Date: _____8/26/2025_____

THIS IS TO CERTIFY, that on __8/20/2025__ I completed an accurate survey of the premises situated at
Parcel No. 1-7, Estate Bakkero, No. 5 Frenchman's Bay Quarter, St. Thomas, U.S. Virgin Islands.

briefly described as: __the Surveyed Property__ as shown on the accompanying survey entitled: __ALTA/NSPS Land Title Survey of Parcel No. 1-7, Estate Bakkero, No. 5 Frenchman's Bay Quarter, St. Thomas, U.S. Virgin Islands.__

I hereby certify that a careful inspection of said premises was made under my direct supervision and of the buildings, if any, located thereon at the time of making such survey, and I further certify as to the existence or non-existence of the following at the time of my last inspection:

1. Rights of way, old highways, or abandoned roads, lanes or driveways, drains, sewer, water, gas or oil pipe lines across said premises: __None observed.__

2. Springs, streams, rivers, ponds, or lakes located, bordering on or running through said premises: __None.__

3. Cemeteries or family burying grounds located on said premises. (Show location on plat): __None observed.__

4. Telephone, telegraph or electric power poles, wires or lines overhanging or crossing said premises and serving other property or properties: __Utility pole upon and aerial utility lines along the northeastern line of the Surveyed Property.__

5. Joint driveways or walkways; party walls or rights of support; porches, steps or roads used in common or joint garages: __None.__

6. Encroachments, or overhanging projections. (If buildings, projections or cornices thereof or signs affixed thereto, fences or other indications of occupancy encroach upon or overhang adjoining properties, or the like encroach upon or overhang surveyed premises, specify such): __None.__

7. Building or possession lines. (In case of city or town property specify definitely as to whether or not walls are independent walls or party walls and as to all easements of support or "beam rights." In case of country property report specifically how boundary lines are evidenced, that is, whether by fences or otherwise): __Boundposts found and/or of record; fence as noted.__

8. Is the property improved? __Yes.__
   (a) Building is: Masonry (X); Frame ( ); Other ( )
   (b) Building is: One story( ); Two story(X); Split level( ); Other( )

9. Indications of buildings construction, alterations or repairs within recent months: __None.__
If new improvements under construction, how far have they progressed? __N/A.__

10. Changes in street lines either completed or officially proposed: __None.__ Are there indications of recent street or sidewalk construction or repair? __No.__

11. Are the abutting streets or roads maintained by public authorities? __No.__

12. If the surveyed premises are subject to restrictive covenants, do the improvements, use and occupancy comply with such? (If the premises are subject to restrictive covenants, the examining attorney must furnish you verbatim copy of them.) __No covenants furnished.__

BRIAN MOSELEY AND ASSOCIATES, INC.

_Ryan C. Wisehart_
Ryan C. Wisehart, PLS #773LS

PROFESSIONAL LAND SURVEYOR
RYAN C. WISEHART
773LS
U.S. VIRGIN ISLANDS



**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: August 14, 2025 12:53 PM
BID: DC0135092



DEFENDANT'S
EXHIBIT

**5**

Articles of Organization
# EMERALD ISLAND HOLDINGS, LLC (DC0135092)

# General Details

| | |
|---|---|
| **Handling Option** | 24 Hour Priority Handling |
| **Delayed Effective Date** | |
| **Type of Limited Liability Company** | Limited Liability Company |

# Proposed Company Name

| | |
|---|---|
| **Select a Reserved Name** | No |

EMERALD ISLAND HOLDINGS, LLC

# Business Addresses

**Physical Address**
**Principal Office or Place of Business**
5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States

**Mailing Address**
**Mailing Address**
P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States

# Business Details

| | |
|---|---|
| **Term** | Perpetual |
| **Nature of Business/Purpose** | Other, Other |
| **Additional Purpose Details:** | Holding Company |
| **Amount of Capital** | 1,000.00 |
| **Managed By** | Member Managed |
| **Members Liability** | Members are not liable |

# Resident Agent

**Resident Agent in USVI**

| | |
|---|---|
| **Resident Agent Type** | Registered Business Entity |
| **Entity Name** | HIBISCUS BUSINESS SERVICES, LLC |
| **Business Identifier** | DC0104390 |
| **Physical Address** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States |
| **Resident Agent Consent Form** | EIH - RA Form 8.14.2025.pdf 08/14/2025 12:49 PM |

# Principals

## Organizers

**Organizer 1**
Individual

| | |
|---|---|
| **Name** | Mrs. Marjorie Rawls ROBERTS Esq |
| **Status** | Active |
| **Physical Address** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States |

## Managers/Members

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Dakota James FONTENOT |
| **Status** | Active |
| **Physical Address** | 2926 Fontana Dr., Houston, Texas, 77043, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Position** | Member |

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Madison Elaine FONTENOT |
| **Status** | Active |
| **Physical Address** | 2926 Fontana Dr., Houston, Texas, 77043, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Mrs. Marjorie Rawls ROBERTS Esq |
| **Position** | Organizer |
| **Date** | August 14 2025 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

# Daytime Contact

| | |
|---|---|
| **Name** | Mrs. Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | jorie@mrrvilaw.com |

**I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.**

Yes



**WARRANTY DEED**

Doc # 2025004657
09/11/2025 01:20 PM        # Pages 5
Official Records of ST THOMAS / ST JOHN
ERICA DOVER M.P.A., RECORDER OF DEEDS
Fees $74,417.00

THIS WARRANTY DEED is made this 28th day of August 2025, from C. FRED RICE (the "Grantor") to EMERALD ISLAND HOLDINGS, LLC, a U.S. Virgin Islands limited liability company with a mailing address of 2926 Fontana Drive, Houston, TX 77043 (the "Grantee").

WITNESSETH that the GRANTOR, in consideration of ███████████████ ████████████████████████████████████████ paid to Grantor, receipt of which is hereby acknowledged, does hereby bargain, sell, grant and release unto the Grantee, in fee simple absolute, and to its respective successors and assigns, all of that certain lot, piece of parcel of land with all improvements thereon, situated, lying and being in St. Thomas, U.S. Virgin Islands, known and designated as:

Parcel No. 1-7 Estate Bakkero (In Section AAA)
No. 5 Frenchman's Bay Quarter
St. Thomas, Virgin Islands
Consisting of 1.0 U.S. acres, more or less
As shown on PWD No. D9-1526-T79
(collectively referred to herein as the "Property").

Being the same Property conveyed to Grantor by Warranty Deed dated December 2, 2002 and recorded with the Office of the Recorder of Deeds, Division of St. Thomas & St. John on December 16, 2002 as Document No. 2002007109 (the "Property");

TOGETHER with any and all improvements thereon and appurtenances thereunto belonging and all the estate, title and right of the Grantor in and to said premises;

SUBJECT, HOWEVER, to Virgin Islands zoning regulations, and to covenants, restrictions, agreements, and easements of record;

TO HAVE AND TO HOLD the premises conveyed hereby unto Grantee, and to its respective successors and assigns, in fee simple absolute forever;

AND THE GRANTOR WARRANTS as follows:

1. That Grantor is seized of said premises in fee simple absolute, and has good right to convey the same;

2. That the Grantee shall quietly enjoy the said premises;

3. That the said premises are free from encumbrances, except as aforesaid;

4. That the Grantor will execute or procure any further necessary assurance of the title to said premises; and

5. That Grantor will forever warrant and defend the title to said premises.

IN WITNESS WHEREOF, the Grantor has duly executed this Warranty Deed the day and year first above written.

Doc # 2025004657

WITNESSES
(two required, must print names under signatures):

_(signature)_

LEILA CUPINA
(print name)

_(signature)_

Elizabeth Kelley
(print name)

C. FRED RICE ("Grantor")

## ACKNOWLEDGMENT

STATE OF KENTUCKY                    )
                                     ) SS:
COUNTY OF JEFFERSON                  )

On this _28_ day of August 2025, the foregoing Warranty Deed was executed before me by C. Fred Rice, individually, known to me or proven to my satisfaction to be the same, who stated that he was authorized to execute the foregoing for the reasons stated herein.

_Diane Plappert  KYNP60135_
Notary Public
My Commission Expires: _10/13/26_

2

Doc # 2025004657

Docusign Envelope ID: BA7210DB-2C0D-8A44-8146-298ABB3E0179

NOTED IN THE  ... RECORDS
FOR COUNTRY / TOWN ... BOOK FOR

**ESTATE BAKKERO**

**NO. 5 FRENCHMANS BAY QUARTER,**

**ST. THOMAS, U.S. VIRGIN ISLANDS**

Tax Assessor Office / Cadastral Division
St. Thomas, V.I. Dated SEPTEMBER 5, 2025

Wayne D. Callwood
Office of the Lieutenant Governor / Public Surveyor

... certified that the ...
... which, according

to **WARRANTY DEED DATED AUGUST 28, 2025**

belongs to: **EMERALD ISLAND HOLDINGS, LLC, A U.S. VIRGIN ISLANDS**

**LIMITED LIABILITY COMPANY (GRANTEE)**
has not according to the Record of ...
undergone changes as to boundaries and

Tax Assessor Office / Cadastral Division
St. Thomas, V.I. Dated SEPTEMBER 5, 2025

Wayne D. Callwood
Office of the Lieutenant Governor / Public Surveyor

09/11/2025 01:20 PM                    2025004657                    Page 3 of 5

# AFFIDAVIT

I, C. FRED RICE, state under oath that following facts are true and correct to the best of my knowledge and belief:

1.       On August 5th, 2025, I as Grantor executed a *Quitclaim Deed* for family realty, known as Parcel No. 1-7 in Section AAA Estate Bakkero, No. 5 Frenchman's Bay Quarter, St. Thomas, U.S. Virgin Islands, to myself as Trustee of the C. FREDERICK RICE LIVING TRUST u/a/d 12/23/2008.

2.       I am the sole Trustee of the Grantee, and the lifetime beneficiary of the Grantee.

3.       The aforementioned conveyance is exempt from stamp taxes pursuant to *33 V.I.C. 128(8),* as an inter-family transfer of real property.

Further affiant sayeth naught.

Dated: August 5th, 2025

_____
C. Fred Rice, Trustee

STATE OF KENTUCKY                          )
                                                            ) SS:
COUNTY OF JEFFERSON                       )

On this, the 5th day of August 2025, before me a notary public, the undersigned officer, personally appeared C. FRED RICE, in his capacity as Trustee of the C. Frederick Rice Living Trust, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the  same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal.

NOTARY PUBLIC



# OFFICE OF THE LIEUTENANT GOVERNOR

## DIVISION OF THE TAX COLLECTOR

**5049 Kogens Gade · Charlotte Amalie, Virgin Islands 00802 · 340.774.2991 · Fax 340.779.7825**

**1105 King Street · Christiansted, Virgin Islands 00820 · 340.773.6449 · Fax 340.719.2355**

---

## REAL PROPERTY TAX CLEARANCE CERTIFICATE

### TO ALL WHOM THESE PRESENTS SHALL COME

In accordance with 28 V.I.C. §121, as amended, I hereby certify that there
are no outstanding Real Property Tax obligations for the following parcel:

| PARCEL NUMBER | 1-07302-0339-00 |
|---|---|
| CERT NUMBER | 2025-1597410 |
| LEGAL DESCRIPTION | 1-7 ESTATE BAKKERO No.2 FRENCHMAN'S BAY QTR. |
| OWNER'S NAME | RICE, FRED & SUE R |

Taxes have been researched up to and including  2025  .

---

**CERTIFIED TRUE AND CORRECT BY**

<u>Brent A. Leerdam</u>
**Real Property Tax Collector**





**SIGNATURE**

<u>08/06/2025</u>

**DATE**

Doc # 2025004657

# PREMIUMFINANCE COMPANY



**DEFENDANT'S EXHIBIT**

**7**

P.O. BOX 8192

CHRISTIANSTED, VI 00823

Phone: (340) 718-4888

Fax:

Email: receptionist@premiumvi.com

DATE:          8/28/2025

INSURED:       Emerald Island Holdings LLC                Account Code:  PF19043

               2926 Fontana Dr                            Number of Payments:  6

               HOUSTON,  TX 77043                         Payment Amount:  $3,798.66

               dakotajamesfontenot@gmail.com              First Payment Date:  10/9/2025

**Welcome to our premium finance company.** Our goal is to provide you with first class customer service. Toward that goal, please contact our office if you have any questions or if we can provide assistance of any kind. You may contact us using the phone number or email address above. Your business is very much appreciated. Thank you.

## Your Insurance Protection Is Valuable

## Please Make Your Payments On Time

- Please make your check or money order payable to PREMIUMFINANCE COMPANY

- Please mail your payments to the address above and include a payment coupon

- Please mail your payment so that it arrives in our office before the due date

- If your payment is received after the due date you will be charged a late fee as allowed by law

- Please indicate any change of address on your payment coupon. DO NOT MAIL CASH.

- You can make your payment by credit or debit card or with an on-line check (ACH). Please browse to our website www.fmweb2.com/FMPFC and click INSURED. Then enter your account code (PF19043) and your default password is your phone number,if no phone number entered then password is 10 zero's(0000000000) . Please notice your Account Status, Next Due Date and Amount Due. To make a payment, click on 'Click Here to Post A Payment.' You can print a receipt and you will receive an email confirmation of your payment.

- Your account payment schedule is as follows:

| Due Date | Payment Amount |
|----------|----------------|
| 10/9/2025 | $3,798.66 |
| 11/9/2025 | $3,798.66 |
| 12/9/2025 | $3,798.66 |
| 1/9/2026 | $3,798.66 |
| 2/9/2026 | $3,798.66 |
| 3/9/2026 | $3,798.66 |

Docusign Envelope ID: BA7210DB-2C0D-8A14-8146-298ABB3F0179



# VIRGIN ISLANDS
# WATER AND POWER
# AUTHORITY



**DEFENDANT'S EXHIBIT**

**8**

**CUSTOMER SERVICE**

P.O. BOX 1450,
St. Thomas, Virgin Islands
00804-1450
TELEPHONE: (340) 774-3552

## APPLICATION AND CONTRACT FOR SERVICE

All transactions can be done by contacting the office by phone or email.

📶 340-774-3552 (STT/STJ) or 340-773-2250 (STX)  Option 5   ✉ CUSTOMERSERVICE@VIWAPA.VI

⬭ WATER    ⊗ ELECTRIC

PRINT NAME: Dakota Fontenot

ADDRESS OF PREMISES TO BE SERVED: 1-7 Bakkero Fb Unit 1-7, Saint Thomas, VI 00802

EFFECTIVE DATE: 09/19/2025

HOME TELEPHONE NUMBER: N/A                    CELL: 713-419-2966

EMAIL: _____

ADDRESS TO WHICH BILL SHOULD BE MAILED IF DIFFERENT FROM ABOVE:
2926 Fantum Dr  Houston Tx 77043

NAME OF EMPLOYER: self-employed  The DJF Law Firm PLLC

EMPLOYER'S TELEPHONE NUMBER: 713-419-2966

FORMER OCCUPANT'S NAME: Clyde F Rice

METER NUMBER: 311924484

SERVICE FEES:    REFUNDABLE DEPOSIT: _____
                 NON-REFUNDABLE SERVICE FEES: _____

The undersigned customer hereby authorizes and requests the VIRGIN ISLANDS WATER AND POWER AUTHORITY to furnish service for his/her use at any address which he/she may designate within the territory served by the said AUTHORITY, and agrees to pay for said service with the understanding that the furnishing of the service, the charges thereof and the time of payment thereof are to be in accordance with the AUTHORITY's rules and regulations and general terms and conditions on file with the PUBLIC SERVICE COMMISSION.

It is agreed that the AUTHORITY shall endeavor to furnish continuous service but does not guarantee uninterrupted service, and is not liable for any damage which the customer may sustain by reason of the failure or partial failure of the service or variation in service characteristics, whether caused by accident, repairs or other causes.

It is also agreed that the AUTHORITY is not liable for damages that may be incurred by the use of any service pipes, connections, instruments, services or any appliances, installed by or for the customer; nor is the AUTHORITY liable for damage that may be incurred due to the presence of the AUTHORITY's property on the customer's premises. The customer is encouraged to secure whatever protective equipment he/she deems advisable to protect any appliances, instruments, wiring, or other items which may be damaged by interruptions of or variations in utility service. In case the customer requires three phase electric service, the installation of proper protective equipment against single phase or phase reversal is the responsibility of the customer.

CUSTOMER'S SIGNATURE: Dakota James Fontenot    DATE: 09/19/2025

# IMPORT SUPPLY

• **Generator Sales**    • **Service**    • **Installation**

**8220 Sub Base #86**
**St. Thomas**
**U.S. Virgin Islands. 00803-2808**

**Telephone:    (340) 774-1679**

**email:** mark@importsupplyvi.com

**September 23, 2025**

**Amir Shenaq**
**1-7 Estate Bakkero**
**St. Thomas VI**

**60KW – Power Gaurd**



DEFENDANT'S
EXHIBIT

**9**

## <u>GENERATOR SERVICE AGREEMENT</u>

This letter is to serve as a generator service contract for preventative maintenance between the above customer and IMPORT SUPPLY.

Service will be performed **Bi-Monthly (06 times per year).** Service will include**,** where appropriate, the checking of:

- system hours reading
- fuel level
- coolant
- oil
- belts
- battery condition

- full check of the exhaust system
- check of all system gauges
- physical condition of transfer switch
- Generator will be started and exercised during inspection.

**IMPORT SUPPLY will perform as required and/or by the engine manufacturer:**
- Oil changes: every 250 hours, or annually, whichever comes first.
- Battery change: Annually.
- Fuel deliveries where needed as approved by customer.

<mark>**These services will be billed separately and customer will be advised.**</mark>

All systems and miscellaneous accessories (belts, fluids, battery, etc.) will be checked at regular service intervals as suggested by the manufacturer.  Any minor discrepancies discovered after a visual onsite inspection will be corrected without prior authorization and billed accordingly.  Any major discrepancies discovered will be noted and submitted for approval of the repair.

***All repair work will be performed with prior approval of the owner, or his or her representative.***

## IMPORT SUPPLY
*Proudly serving the US Virgins Islands with generator installation and service for over 40 years*

*IMPORT SUPPLY Monthly Generator Service Contract*

***Please note.*** *We do not turn the power out to check the functionality of the ATS at each service, as the possibility exists that when utility returns a surge may occur that will damage sensitive electronic devices etc. Should you direct us to test the ATS, or check a suspected ATS fault we will perform a power out ATS test,* **but IMPORT SUPPLY will not be held liable for any problems resulting from that test***.*

The invoices sent to you will provide information as to the condition of your generator. It is the client's responsibility to keep their account up to date. Invoices are payable upon receipt unless otherwise indicated. IMPORT SUPPLY reserves the right to charge a late payment penalty of 2.0% per month for outstanding account balances.

**Regular Bi-monthly service will be billed at $125.00 per service.**

Extra work to repair any minor or major discrepancies or scheduled maintenance will be billed at a preferred service client labor rate of **$90.00** per man and (**Ferry fee- STJ Clients only)**, per hour during regular working hours. After hours and weekend work billed **at $120/hr.**

It is your responsibility to provide IMPORT SUPPLY with access to the generator and to keep your contact information up to date. Keys, codes, phone numbers etc. must be kept current. Please keep large dogs restrained, or inside during the service visit.

IMPORT SUPPLY provides **Emergency Call Out Service to clients with current and paid up-to-date service contracts.** Any work performed in an emergency call out will be considered extra work and will be billed at the hourly rate per man.

**This contract is considered a month-to-month agreement and can be terminated only by either party upon 30 days written notice.** Any changes to this contract must be made in writing.

**PLEASE NOTE**: *During prolonged utility outages, or natural emergencies (hurricane, earthquake etc.) the preventative maintenance visits to your generator may stop. Our technicians will focus on repairs and maintenance of your equipment. Our disaster plan calls for us to follow a triage model under these circumstances. We will respond to our clients based on the order that they contact us and based on information we obtain from our clients on the severity of the issue they are experiencing. We strongly recommend that one member of your household or business knows how to correctly stop and start your generator and perform basic functions to include checking and maintaining the motor oil and diesel fuel. We will be available should any problems arise.*

**IMPORT SUPPLY**
*Proudly serving the US Virgins Islands with generator installation and service for over 40 years*

*During a storm recovery period shipping can be disrupted. To avoid having your generator down when you most need it we recommend that you have on hand the following spare "wear items" at your premises.*

- *Water pump and gasket and spare thermostat.*
- *Belt driven alternator*
- *Belts X 2*
- *Starter motor*
- *2 sets of oil, fuel and air filters and enough of the correct motor oil to perform 2 oil changes.*

**IMPORT SUPPLY**

*Proudly serving the US Virgins Islands with generator installation and service for over 40 years*

## *Please fill out and return*

I, _____ accept the terms of the above contract.

*Authorized Signature*

Dakota Fontenot _____    **Date:** _____ 10/08/2025

*Print Name*

**Billing Address:** 2926 Fontana Dr, Houston, TX 77043

**Physical Address of service:** 1-7 Bakkero Fb. St. Thomas. VI 00802

**Contact Phone:** 713-419-2966          **Cell:** 713-419-2966

**Owner email address for invoicing:** dakotajamesfontenot@gmail.com

---

*Office use only*

*Received:* _____        *Date:* _____ /20

*IMPORT SUPPLY*

---

**IMPORT SUPPLY**

*Proudly serving the US Virgins Islands with generator installation and service for over 40 years*

*IMPORT SUPPLY Monthly Generator Service Contract*   5

# IMPORT SUPPLY

**• Generator Sales      • Installation   • Service**

**Post Office Box 302808**           **Telephone      (340) 774-1679**
**8220 Sub Base #86, St. Thomas**        **Fax            (340) 774-7707**
**US Virgin Islands. 00803-2808**        **Email:**       accounting@importsupplyvi.com

## Credit Card Authorization Form

I Dakota Fontenot                                  holder of the credit card
          (Print Name)

Credit Card Number 4005-7014-0056-6154

***Visa or Mastercard only***      Visa: [x]      Mastercard: [ ]

Card Expiry:    05  / 28

3 Digit Code:   722

I, authorize the use of my credit card for payment of my regular generator services performed by IMPORT SUPPLY. All other charges must be discussed and accepted by me prior to billing on my card above. **I understand that any credit card charges over $500 will incur a 3% surcharge.**

Address: 2926 Fontana Dr, Houston, TX 77043

Date: 10/08/2025                Telephone: 713-419-2966

Dakota Fontenot                                    *[signature]*
Print Card Holder's Name                        Card Holders Signature

## IMPORT SUPPLY

*Proudly serving the US Virgins Islands with generator installation and service for over 40 years*