# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERNDISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LINDA GOEHRS, in her capacity as Temporary Trustee of the Holi Ann Hardin Trust No. 1,** et al. | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action Number** **26-cv-02743** |
| | § | |
| **DAKOTA FONTENOT,** | § | |
| **MADISON FONTENOT, et al.,** | § | **(Jury Demanded)** |
| | § | |
| **Defendants.** | § | |

## ORDER DENYING INTERVENORS' MOTION TO REMAND

Before the Court is Intervenors Michelle Fontenot and Dallas Joseph Fontenot III's Motion to Remand and Request for Costs and Fees (Dkt. [Insert Docket No.]). Having considered the Motion, the Response of Defendant Madison Fontenot, the attached declarations and evidentiary exhibits, and the applicable law, the Court finds that the Motion should be DENIED.

It is therefore ORDERED that the Intervenors' Motion to Remand and Request for Costs and Fees is hereby DENIED.

SIGNED on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE