United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA GOEHRS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-2743 |
| | § | |
| MADISON FONTENOT, *et. al.*, | § | |
| | § | |
| Defendants. | § | |

ORDER

Pending before the Court are Defendant's Motion to Transfer Venue to the District Court of the Virgin Islands Pursuant to 28 U.S.C. § 1404(a) (Document No. 4), and Intervenors' Motion to Remand and Request for Costs and Fees (Document No. 8). Having considered the motions, submissions, and applicable law, the Court determines that both motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Transfer Venue to the District Court of the Virgin Islands Pursuant to 28 U.S.C. § 1404(a) (Document No. 4) is **DENIED**. The Court further

**ORDERS** that Intervenors' Motion to Remand and Request for Costs and Fees (Document No. 8) is **DENIED**.

SIGNED at Houston, Texas, on this 30 day of June, 2026.

DAVID HITTNER
United States District Judge