# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA GOEHRS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MADISON FONTENOT and | § | |
| DAKOTA FONTENOT, | § | CIVIL ACTION NO. 4:26-cv-02743 |
| | § | |
| *Defendants,* | § | |
| | § | |
| DALLAS JOSEPH FONTENOT III | § | |
| and MICHELLE FONTENOT, | § | |
| | § | |
| *Intervenors.* | § | |

## AFFIDAVIT OF RYAN O. CANTRELL

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| HARRIS COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Ryan O. Cantrell, a person whose identity is known to me. After I administered an oath to him, upon his oath he said:

1. My name is Ryan O. Cantrell. The facts stated in this affidavit are within my personal knowledge because they relate to events or occurrence in which I personally participated or which I have personally observed.

2. I am a shareholder with the law firm of Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. ("Chamberlain Hrdlicka").

1

**EXHIBIT**

**3**

3. Michelle Fontenot ("Michelle") and Dallas Joseph Fontenot III ("Joe") hired Chamberlain Hrdlicka to assist them in the above-captioned litigation.

4. I am the lead attorney for Michelle and Joe, and have personally performed or supervised the performance of all legal services for and on behalf of Michelle and Joe, including the March 2026 temporary injunction proceedings in Harris County Probate Court No. 1.

5. The Temporary Injunction entered by the Harris County Probate Court required Dakota Fontenot to deposit funds with the registry of the court. I have reviewed both this Court's docket and the Harris County Probate Court's docket, and have not found any evidence that Dakota has deposited any funds with the registry of either court.

6. The Temporary Injunction entered by the Harris County Probate Court also required Dakota to produce certain documents and a sworn accounting. I have not received any document production or sworn accounting from Dakota or anyone acting on his behalf after the Temporary Injunction was entered.

7. I declare under penalty of perjury that all of the foregoing is within my own personal knowledge and is true and correct.

FUTHER AFFIANT SAYETH NOT.

_____

Ryan O. Cantrell

SUBSCRIBED AND SWORN TO BEFORE ME on this 13th day of August, 2026 by Ryan O. Cantrell.



Notary Public, State of Texas

2