# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA GOEHRS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| MADISON FONTENOT and | § | |
| DAKOTA FONTENOT, | § | CIVIL ACTION NO. 4:26-cv-02743 |
| | § | |
| *Defendants,* | § | |
| | § | |
| DALLAS JOSEPH FONTENOT III | § | |
| and MICHELLE FONTENOT, | § | |
| | § | |
| *Intervenors.* | § | |

## **ORDER FOR DAKOTA FONTENOT TO APPEAR AND SHOW CAUSE**

The Court hereby ORDERS that Dakota Fontenot shall appear in person before this Court on _____, 2026, at _____ a.m./p.m. and show cause as to why he should not be held in contempt and sanctioned for failing to comply with the Temporary Injunctions entered by the Harris County Probate Court No. One on March 18, 2026 and April 7, 2026.

SIGNED this _____ day of _____, 2026.

_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE