EXHIBIT
B

**Motion to abate granted, and Abatement Order filed April 9, 2026.**

**In The**

# Fourteenth Court of Appeals

**NO. 14-26-00299-CV**

**DAKOTA FONTENOT, Appellant**

**V.**

**LINDA GOEHRS, AS TRUSTEE OF THE HOLLI ANN HARDIN TRUSTS NO.1, MICHELLE FONTENOT AND DALLAS JOSEPH FONTENOT, III, Appellees**

**On Appeal from the Probate Court No. 1**
**Harris County, Texas**
**Trial Court Cause No. 537,721**

## ABATEMENT ORDER

This is an interlocutory appeal from an order signed March 18, 2026, granting appellees' applications for a temporary injunction. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4). Before the court is an unopposed motion filed by appellees Michelle Fontenot and Dallas Joseph Fontenot, III motion to abate the appeal to allow the trial court to amend the temporary injunction so as to comply with Texas

Rule of Civil Procedure 683 and significantly narrow the issues on appeal. We hereby grant the motion.

Accordingly, we order the case abated for 21 days to allow the trial court an opportunity to amend the temporary injunction as contemplated in the motion.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated 21 days after the date of this motion. In addition, the court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Wise, McLaughlin, and Bridges.