**EXHIBIT C**

REPORTER'S RECORD
VOLUME 2 OF 2 VOLUMES
TRIAL COURT CAUSE NO. 537721

| | | |
|---|---|---|
| LINDA GOEHRS, IN HER CAPACITY AS TRUSTEE OF THE HOLLI ANN HARDIN TRUST NUMBER ONE, Plaintiff | ) | IN THE PROBATE COURT |
| | ) | NUMBER ONE (1) OF |
| V. | ) | |
| DAKOTA FONTENOT, Defendant | ) | HARRIS COUNTY, TEXAS |

**MOTION TO REVISE TEMPORARY INJUNCTION ORDER**

On the 7th day of April, 2026, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Jerry Simoneaux, Judge Presiding, via Zoom.

Proceedings reported by computerized stenotype machine.

**APPEARANCES**

Ryan Cantrell
SBOT NO. 24055259
Mariah Karigan
SBOT NO. 24123088
Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
E-mail: ryan.cantrell@chamberlainlaw.com
mariah.karigan@chamberlainlaw.com
Attorneys for Michelle and Dallas Joseph Fontenot, III

Bailey Bowe
SBOT NO. 24142201
The Texas Probate Attorney, LLC
24 Greenway Plaza, Suite 1825
Houston, Texas 77046
Telephone: 713-297-0700
E-mail: bailey@texasprobateattorney.com
Attorney for Plaintiff, Linda Goehrs, in her Capacity as Trustee of the Holli Ann Hardin Trust Number

Paul Beik
SBOT NO. 24054444
Beik Law Firm, PLLC
440 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: 713-869-6975
E-mail: paul@beiklaw.com
Attorney for Dakota Fontenot

James Pierce
SBOT NO. 15994500
115 Guenther Street
Sugar Land, Texas 77478
Telephone: 281-872-6033
Attorney for Dakota Fontenot

**INDEX**
**(VOLUME 2)**

| | PAGE | VOL |
|---|---|---|
| Appearances .................................... | 2 | 2 |
| Reporter's Certificate ....................... | 11 | 2 |

*(Proceedings continued via Zoom:)*

*THE COURT:* Good afternoon, everybody. So this is the continuation of Cause Number 537721, Linda Goehrs versus Dakota Fontenot, and just again, for the record, if I could have announcements from counsel so we have a record of who is attending.

*MR. CANTRELL:* Certainly, Your Honor. Ryan Cantrell and Mariah Kerigan here on behalf of the intervenors and applicants, Michelle and Joe Fontenot.

*THE COURT:* Mr. Beik, if you could unmute yourself, please. Thank you.

*MR. BEIK:* My apologies, Judge.

*THE COURT:* That's okay.

*MR. BEIK:* Paul Beik on behalf of Dakota Fontenot.

*MR. PIERCE:* James Pierce on behalf of Dakota Fontenot.

*MS. BOWE:* Bailey Bowe here for Linda Goehrs, trustee of the Holli Ann Hardin Trust.

*THE COURT:* When we left earlier this morning, you-all needed a little time to talk and maybe get some agreement as to at least the form of the order. Has that occurred?

*MR. PIERCE:* Your Honor, I've learned that the case has been removed to federal court. I guess the

Court now lacks jurisdiction to proceed forward.

*THE COURT:* Is that right? I think -- I don't know about removal to federal court, but maybe somebody could help me on this. I believe that we have some case law that says that the Court has the ability to modify an injunction, even after the appeal has been filed. Am I wrong on that?

*MR. PIERCE:* It's not an appeal. It's a removal to the federal court.

*THE COURT:* Well, I understand what a removal is. I appreciate that clarification, but my question still stands.

I don't know how federal courts work with this particular issue. So I'm asking for guidance from the attorneys. If I could have just a little bit more guidance, other than a conclusory statement that I have no more jurisdiction.

*MR. PIERCE:* The federal removal statute provides that once the case is removed from the state court...

*THE COURT:* Okay. Everybody agree to that? Is that what has happened? I have nothing before me that says it's been removed.

*MR. CANTRELL:* Your Honor, I got something -- when we walked out this morning, I thought

it was odd how insistent Mr. Beik was on getting an order signed for Madison Fontenot's nonsuit, but it makes sense now. It appears to be part of a calculated plan to file a removal action so the -- this requested adjournment and the conflict that came up this morning appears to be part of this calculated attempt. The, apparently, meaningless negotiations that we had yesterday on the form of the temporary injunction, part of the calculated attempt to now file what is patently a frivolous and unsupportable removal proceeding that will be remanded.

There is no diversity of jurisdiction, and the allegation that there's complete diversity is just a complete sham, which is becoming a recurring theme in this matter, and Dakota Fontenot has participated in this case as a counter-plaintiff and as a defendant and has sought relief, and is by his own testimony in court, was a resident of Harris County and domiciled in Harris County at the time this lawsuit was initiated, at the time he filed his own counterclaims.

Nonetheless, Dakota's attorneys have now filed a motion or a removal to federal court claiming erroneously there is diversity jurisdiction, and they claim -- and I got this about an hour ago, but they claim that this now prohibits this Court from going

forward, and I frankly have not seen whatever authority Mr. Pierce is referencing for that. I don't know if it's correct that the trial court, the state court, jurisdiction, without having an opportunity to look at it, but this all came down about an hour ago.

*THE COURT:* Okay. So I've actually spoken to a justice on the court of appeals about this particular issue, and I believe that it was in a different context and certainly not on this case, but once a removal action is filed, the trial court loses jurisdiction, but my question is more nuanced.

Is -- can a court not issue a modified or clarifying order when a mistake was clearly in the previous order? That's really my question. I think that Mr. Pierce is correct on the loss of jurisdiction, but isn't there a carve-out for modifying or clarifying? And I don't know the answer to that. That's -- I am posing that question to all counsel here.

I'm going to take Mr. Pierce at his word, and I'm not going to go any further, obviously, but if counsel would like to, on your own, not asking for it, but if you choose to brief the Court on that issue, and if you arrive at a decision that perhaps the Court can at least clarify or modify an order due to an error, then maybe there's something that we can do to go

forward to correct the error that I, obviously, stated was in the original temporary injunction.

*MR. CANTRELL:* We will do that, Your Honor, and if there is some ability to revise or amend a prior order, we will brief the Court and let you know our conclusion.

*THE COURT:* If you choose. Not asking but if you choose, I'll be happy to review it. Just let me know that it's been filed through -- by emailing my court manager that a brief has been filed, and so that I can get my eyes on it, and we can determine where to go from there.

Okay? All right. So anything else we can do today? I suppose not.

*MR. PIERCE:* Thank you, Your Honor.

*THE COURT:* Okay. Very good.

If there is nothing further, then I guess you're all free to go. Did you have something else, Mr. Pierce?

*MR. PIERCE:* I just want to correct that Mr. Fontenot did not file the notice of removal. Somebody named Madison Fontenot filed notice of removal.

*THE COURT:* Right. And did I not take Madison out individually from the temporary injunction?

*MR. PIERCE:* She was never a party

individually.

*THE COURT:* Right. And so she's not --

*MR. PIERCE:* She's shown in the intervention.

*THE COURT:* Well, the intervention was as next friend for the kids, if I understood it correctly. I may not have understood it correctly, but I thought she filed as next friend for the kids, not on behalf of herself individually. Did I misunderstand that?

*MR. PIERCE:* No, I believe that Joe sued her individually as -- and that is what has been removed.

*THE COURT:* Oh, okay. So are you saying the -- okay. Help me out here just a little bit. So the -- he did a cross-claim, I guess, against her, right, in this? Because this is Ms. Goehrs against --

*MR. PIERCE:* Well, he intervened so he's a plaintiff under the direct claim against her.

*THE COURT:* All right. Okay. I'm trying to figure out if there is anything that's left here. The whole thing is gone? The whole thing is gone? Okay. All right.

I'm sorry, Mr. Pierce, I was not a federal attorney. I did a lot of litigation in state courts, but I did almost none in federal courts, and I

appreciate your insight, I do. If there's no disagreement, if it looks like the whole case is being asked to be removed to the federal court, and there is nothing that this judge can do barring some kind of carve out that I mentioned, then I suppose there is nothing else left for me to do at this point.

*MR. PIERCE:* Yes, Your Honor. Thank you.

*THE COURT:* Okay. All right. Everybody agree with that or...

*MR. BEIK:* Yes, Your Honor. I'd also like to make a note for the record that Mr. Pierce is correct that the notice of removal was filed by Madison Fontenot's counsel, and at least I had no idea there was notice of removal that was going to be filed today.

*THE COURT:* Okay. I appreciate that. All right, everybody. It seems there is nothing further that I can do. The case has been -- or there's a motion seeking removal to the federal courts, so until that gets ferreted out at the federal court level, whether or not it's remanded, there's nothing for me to do at this point. I'm sorry.

*MR. CANTRELL:* We'll be back. Thank you, Judge.

*THE COURT:* All right. Thank you very much. Have a good day, everyone. Bye-bye.

STATE OF TEXAS
COUNTY OF HARRIS

I, Alexis Cook, Official Court Reporter in and for Probate Court 1 of Harris County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred via Zoom and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

WITNESS MY OFFICIAL HAND this 24th day of August, 2026.

I further certify that the total cost for the preparation of this Reporter's Record is $99.00 and was paid/will be paid by Paul Beik.

/s/Alexis Cook

Alexis Cook, CSR
Texas CSR 8489
Official Court Reporter
Probate Court 1
Harris County, Texas
201 Caroline, Suite 600
Houston, Texas 77002
Telephone: 832-927-1420
Expiration: 1/31/2027

MR. BEIK: [3] 2:4/12 2:4/14 2:10/10
MR. CANTRELL: [4] 2:4/7 2:5/24 2:8/3 2:10/22
MR. PIERCE: [11] 2:4/16 2:4/24 2:5/8 2:5/18 2:8/15 2:8/20 2:8/25 2:9/3 2:9/10 2:9/17 2:10/7
MS. BOWE: [1] 2:4/18
THE COURT: [18]

$

$99.00 [1] 2:11/18

/

/s/Alexis [1] 2:11/20

0

0700 [1] 2:2/11

1

1/31/2027 [1] 2:11/25
115 [1] 2:2/19
1200 [1] 2:2/5
1400 [1] 2:2/5
1420 [1] 2:11/24
15994500 [1] 2:2/18
1800 [1] 2:2/15
1818 [1] 2:2/6
1825 [1] 2:2/10

2

201 [1] 2:11/23
2026 [2] 2:1/15 2:11/17
2027 [1] 2:11/25
24 [1] 2:2/10
24054444 [1] 2:2/14
24055259 [1] 2:2/3
24123088 [1] 2:2/4
24142201 [1] 2:2/9
24th [1] 2:11/16
281-872-6033 [1] 2:2/20

4

440 [1] 2:2/15

5

537721 [2] 2:1/3 2:4/3

6

600 [1] 2:11/23
6033 [1] 2:2/20
6975 [1] 2:2/16

7

713-297-0700 [1] 2:2/11
713-658-1818 [1] 2:2/6
713-869-6975 [1] 2:2/16
77002 [3] 2:2/5 2:2/15 2:11/24
77046 [1] 2:2/10
77478 [1] 2:2/19
7th [1] 2:1/15

8

832-927-1420 [1] 2:11/24
8489 [1] 2:11/21

A

ability [2] 2:5/5 2:8/4
about [4] 2:5/3 2:6/24 2:7/5 2:7/7
above [3] 2:1/16 2:11/6 2:11/10
above-styled [1] 2:11/10
above-titled [1] 2:1/16
action [2] 2:6/4 2:7/10
actually [1] 2:7/6
adjournment [1] 2:6/5
after [1] 2:5/6
afternoon [1] 2:4/2
again [1] 2:4/4
against [3] 2:9/15 2:9/16 2:9/18
ago [2] 2:6/24 2:7/5
agree [2] 2:5/21 2:10/9
agreement [1] 2:4/22
Alexis [3] 2:11/4 2:11/20 2:11/21
all [12]
allegation [1] 2:6/13
almost [1] 2:9/25
also [1] 2:10/10
am [2] 2:5/7 2:7/17
amend [1] 2:8/4
ANN [3] 2:1/4 2:2/12 2:4/19
announcements [1] 2:4/5
answer [1] 2:7/17
any [2] 2:7/20 2:11/15
anything [2] 2:8/13 2:9/20
apologies [1] 2:4/12
apparently [1] 2:6/7
appeal [2] 2:5/6 2:5/8
appeals [1] 2:7/7
APPEARANCES [1] 2:1/21
appears [2] 2:6/3 2:6/6
applicants [1] 2:4/9
appreciate [3] 2:5/11 2:10/1 2:10/15
April [1] 2:1/15
are [1] 2:9/13
arrive [1] 2:7/23
as [8] 2:1/4 2:2/12 2:4/22 2:6/16 2:6/16 2:9/5 2:9/8 2:9/11
asked [1] 2:10/3
asking [3] 2:5/14 2:7/21 2:8/7
attempt [2] 2:6/6 2:6/9
attending [1] 2:4/6
attorney [5] 2:2/9 2:2/12 2:2/17 2:2/20 2:9/24
attorneys [3] 2:2/7 2:5/15 2:6/21
Aughtry [1] 2:2/4
August [1] 2:11/16
authority [1] 2:7/1

B

back [1] 2:10/22
bailey [3] 2:2/8 2:2/11 2:4/18
barring [1] 2:10/4
be [10] 2:1/16 2:6/3 2:6/6 2:6/11 2:8/8 2:10/3 2:10/14 2:10/22 2:11/9 2:11/19
Because [1] 2:9/16
becoming [1] 2:6/14
been [7] 2:4/25 2:5/6 2:5/23 2:8/9 2:8/10 2:9/11 2:10/17
before [2] 2:1/17 2:5/22
behalf [4] 2:4/8 2:4/14 2:4/16 2:9/8
Beik [6] 2:2/13 2:2/14 2:4/10 2:4/14 2:6/1 2:11/19
beiklaw.com [1] 2:2/16
being [1] 2:10/2
believe [3] 2:5/4 2:7/8 2:9/10
bit [2] 2:5/15 2:9/14
Bowe [2] 2:2/8 2:4/18
brief [3] 2:7/22 2:8/5 2:8/10
bye [2] 2:10/25 2:10/25
Bye-bye [1] 2:10/25

C

calculated [3] 2:6/3 2:6/6 2:6/9
came [3] 2:1/16 2:6/5 2:7/5
can [8] 2:7/12 2:7/23 2:7/25 2:8/11 2:8/11 2:8/13 2:10/4 2:10/17
Cantrell [2] 2:2/2 2:4/8
CAPACITY [2] 2:1/4 2:2/12
Caroline [1] 2:11/23
carve [2] 2:7/16 2:10/5
carve-out [1] 2:7/16
case [7] 2:4/25 2:5/5 2:5/19 2:6/16 2:7/9 2:10/2 2:10/17
cause [4] 2:1/3 2:1/17 2:4/3 2:11/11
certainly [2] 2:4/7 2:7/9
certify [3] 2:11/6 2:11/13 2:11/18
Chamberlain [1] 2:2/4
chamberlainlaw.com [2] 2:2/6 2:2/7
choose [3] 2:7/22 2:8/7 2:8/8
claim [4] 2:6/24 2:6/25 2:9/15 2:9/18
claiming [1] 2:6/22
clarification [1] 2:5/11
clarify [1] 2:7/24
clarifying [2] 2:7/13 2:7/16
clearly [1] 2:7/13
complete [2] 2:6/13 2:6/14
computerized [1] 2:1/19
conclusion [1] 2:8/6
conclusory [1] 2:5/16
conflict [1] 2:6/5
contains [1] 2:11/6
context [1] 2:7/9
continuation [1] 2:4/3
continued [1] 2:4/1
Cook [3] 2:11/4 2:11/20 2:11/21
correct [6] 2:7/3 2:7/15 2:8/1 2:8/20 2:10/11 2:11/7
correctly [3] 2:9/6 2:9/7 2:11/14
cost [1] 2:11/18
could [4] 2:4/5 2:4/10 2:5/4 2:5/15
counsel [5] 2:4/5 2:7/18 2:7/21 2:10/13 2:11/9
counter [1] 2:6/16
counter-plaintiff [1] 2:6/16
counterclaims [1] 2:6/20
COUNTY [6] 2:1/8 2:6/18 2:6/19 2:11/2 2:11/5 2:11/23
court [26]
courts [4] 2:5/13 2:9/24 2:9/25 2:10/18
cross [1] 2:9/15
cross-claim [1] 2:9/15
CSR [2] 2:11/21 2:11/21

D

DAKOTA [7] 2:1/7 2:2/17 2:2/20 2:4/4 2:4/14 2:4/17 2:6/15
Dakota's [1] 2:6/21
Dallas [1] 2:2/7
day [3] 2:1/15 2:10/25 2:11/16
decision [1] 2:7/23
defendant [2] 2:1/8 2:6/16
determine [1] 2:8/11
did [7] 2:8/18 2:8/21 2:8/23 2:9/9 2:9/15 2:9/24 2:9/25
different [1] 2:7/9
direct [1] 2:9/18
disagreement [1] 2:10/2
diversity [3] 2:6/12 2:6/13 2:6/23
do [9] 2:7/25 2:8/3 2:8/14 2:10/1 2:10/4 2:10/6 2:10/17 2:10/20 2:11/5

D


domiciled [1] 2:6/18
don't [4] 2:5/3 2:5/13 2:7/2 2:7/17
down [1] 2:7/5
due [1] 2:7/24


E


E-mail [3] 2:2/6 2:2/11 2:2/16
earlier [1] 2:4/20
else [3] 2:8/13 2:8/18 2:10/6
emailing [1] 2:8/9
erroneously [1] 2:6/23
error [2] 2:7/24 2:8/1
even [1] 2:5/6
everybody [4] 2:4/2 2:5/21 2:10/8 2:10/16
everyone [1] 2:10/25
evidence [1] 2:11/8
exhibits [1] 2:11/14
Expiration [1] 2:11/25
eyes [1] 2:8/11


F


federal [11] 2:4/25 2:5/3 2:5/9 2:5/13 2:5/18 2:6/22 2:9/23 2:9/25 2:10/3 2:10/18 2:10/19
ferreted [1] 2:10/19
figure [1] 2:9/20
file [3] 2:6/4 2:6/9 2:8/21
filed [10] 2:5/7 2:6/20 2:6/22 2:7/10 2:8/9 2:8/10 2:8/22 2:9/8 2:10/12 2:10/14
Firm [1] 2:2/14
following [1] 2:1/15
FONTENOT [11] 2:1/7 2:2/7 2:2/17 2:2/20 2:4/4 2:4/9 2:4/15 2:4/17 2:6/15 2:8/21 2:8/22
Fontenot's [2] 2:6/2 2:10/13
foregoing [1] 2:11/6
form [2] 2:4/22 2:6/8
forward [3] 2:5/1 2:7/1 2:8/1
frankly [1] 2:7/1
free [1] 2:8/18
friend [2] 2:9/6 2:9/8
frivolous [1] 2:6/10
further [5] 2:7/20 2:8/17 2:10/16 2:11/13 2:11/18


G


get [2] 2:4/22 2:8/11
gets [1] 2:10/19
getting [1] 2:6/1
go [4] 2:7/20 2:7/25 2:8/11 2:8/18
GOEHRS [5] 2:1/4 2:2/12 2:4/4 2:4/19 2:9/16
going [4] 2:6/25 2:7/19 2:7/20 2:10/14
gone [2] 2:9/21 2:9/21
good [3] 2:4/2 2:8/16 2:10/25
got [2] 2:5/24 2:6/24
Greenway [1] 2:2/10
Guenther [1] 2:2/19
guess [3] 2:4/25 2:8/17 2:9/15
guidance [2] 2:5/14 2:5/16


H


had [2] 2:6/7 2:10/13
HAND [1] 2:11/16
happened [1] 2:5/22
happy [1] 2:8/8
HARDIN [3] 2:1/4 2:2/12 2:4/19
HARRIS [6] 2:1/8 2:6/18 2:6/18 2:11/2 2:11/5 2:11/23
has [10] 2:4/23 2:4/25 2:5/5 2:5/6 2:5/22 2:6/15 2:6/17 2:8/10 2:9/11 2:10/17
have [11] 2:4/5 2:4/6 2:5/4 2:5/15 2:5/16 2:5/22 2:6/21 2:7/1 2:8/18 2:9/7 2:10/25
having [1] 2:7/4
he [3] 2:6/20 2:9/15 2:9/17
he's [1] 2:9/17
held [1] 2:1/16
help [2] 2:5/4 2:9/14
her [5] 2:1/4 2:2/12 2:9/11 2:9/15 2:9/18
here [5] 2:4/8 2:4/18 2:7/18 2:9/14 2:9/20
hereby [1] 2:11/6
herself [1] 2:9/9
his [3] 2:6/17 2:6/20 2:7/19
HOLLI [3] 2:1/4 2:2/12 2:4/19
Honor [7] 2:4/7 2:4/24 2:5/24 2:8/4 2:8/15 2:10/7 2:10/10
Honorable [1] 2:1/17
hour [2] 2:6/24 2:7/5
Houston [4] 2:2/5 2:2/10 2:2/15 2:11/24
how [2] 2:5/13 2:6/1
Hrdlicka [1] 2:2/4


I


I'd [1] 2:10/10
I'll [1] 2:8/8
I'm [6] 2:5/14 2:7/19 2:7/20 2:9/19 2:9/23 2:10/21
I've [2] 2:4/24 2:7/6
idea [1] 2:10/13
III [1] 2:2/7
included [1] 2:11/9
INDEX [1] 2:2/22
individually [4] 2:8/24 2:9/1 2:9/9 2:9/11
initiated [1] 2:6/19
injunction [5] 2:1/12 2:5/6 2:6/8 2:8/2 2:8/24
insight [1] 2:10/1
insistent [1] 2:6/1
intervened [1] 2:9/17
intervenors [1] 2:4/9
intervention [2] 2:9/4 2:9/5
is [30]
isn't [1] 2:7/16
issue [4] 2:5/14 2:7/8 2:7/12 2:7/22
it [12]
it's [6] 2:5/8 2:5/8 2:5/23 2:7/3 2:8/9 2:10/20


J


James [2] 2:2/18 2:4/16
Jerry [1] 2:1/17
Joe [2] 2:4/9 2:9/10
Joseph [1] 2:2/7
judge [4] 2:1/18 2:4/12 2:10/4 2:10/23
jurisdiction [7] 2:5/1 2:5/17 2:6/12 2:6/23 2:7/4 2:7/11 2:7/15
just [6] 2:4/4 2:5/15 2:6/13 2:8/8 2:8/20 2:9/14
justice [1] 2:7/7


K


Karigan [1] 2:2/3
Kerigan [1] 2:4/8
kids [2] 2:9/6 2:9/8
kind [1] 2:10/4
know [6] 2:5/3 2:5/13 2:7/2 2:7/17 2:8/5 2:8/9


L


lacks [1] 2:5/1
Land [1] 2:2/19
law [2] 2:2/14 2:5/5
lawsuit [1] 2:6/19
learned [1] 2:4/24
least [3] 2:4/22 2:7/24 2:10/13
left [3] 2:4/20 2:9/20 2:10/6
let [2] 2:8/5 2:8/8
level [1] 2:10/19
like [3] 2:7/21 2:10/2 2:10/10
LINDA [4] 2:1/4 2:2/12 2:4/3 2:4/18
litigation [1] 2:9/24
little [3] 2:4/21 2:5/15 2:9/14
LLC [1] 2:2/9
look [1] 2:7/4
looks [1] 2:10/2
loses [1] 2:7/10
loss [1] 2:7/15
lot [1] 2:9/24
Louisiana [1] 2:2/15


M


machine [1] 2:1/20
Madison [4] 2:6/2 2:8/22 2:8/24 2:10/12
mail [3] 2:2/6 2:2/11 2:2/16
make [1] 2:10/11
makes [1] 2:6/3
manager [1] 2:8/10
Mariah [2] 2:2/3 2:4/8
mariah.karigan [1] 2:2/7
matter [1] 2:6/15
may [1] 2:9/7
maybe [3] 2:4/21 2:5/3 2:7/25
me [7] 2:5/4 2:5/23 2:8/8 2:9/14 2:10/6 2:10/20 2:11/12
meaningless [1] 2:6/7
mentioned [1] 2:10/5
Michelle [2] 2:2/7 2:4/9
mistake [1] 2:7/13
misunderstand [1] 2:9/9
modified [1] 2:7/12
modify [2] 2:5/6 2:7/24
modifying [1] 2:7/16
more [3] 2:5/15 2:5/17 2:7/11
morning [3] 2:4/21 2:5/25 2:6/5
motion [3] 2:1/12 2:6/22 2:10/17
Mr [1] 2:8/19
Mr. [8] 2:4/10 2:6/1 2:7/2 2:7/15 2:7/19 2:8/21 2:9/23 2:10/11
Mr. Beik [2] 2:4/10 2:6/1
Mr. Fontenot [1] 2:8/21
Mr. Pierce [5] 2:7/2 2:7/15 2:7/19 2:9/23 2:10/11
Ms. [1] 2:9/16
Ms. Goehrs [1] 2:9/16
much [1] 2:10/25
my [7] 2:4/12 2:5/11 2:7/11 2:7/14 2:8/9 2:8/11 2:11/16

N
needed [1] 2:4/21
negotiations [1] 2:6/7
never [1] 2:8/25
next [2] 2:9/6 2:9/8
no [11] 2:1/3 2:2/3 2:2/4 2:2/9 2:2/14 2:2/18 2:5/17 2:6/12 2:9/10 2:10/1 2:10/13
none [1] 2:9/25
Nonetheless [1] 2:6/21
nonsuit [1] 2:6/2
not [15]
note [1] 2:10/11
nothing [6] 2:5/22 2:8/17 2:10/4 2:10/6 2:10/16 2:10/20
notice [4] 2:8/21 2:8/22 2:10/12 2:10/14
now [5] 2:5/1 2:6/3 2:6/9 2:6/21 2:6/25
nuanced [1] 2:7/11
NUMBER [4] 2:1/5 2:1/6 2:2/12 2:4/3
numbered [2] 2:1/17 2:11/10

O
obviously [2] 2:7/20 2:8/1
occurred [2] 2:4/23 2:11/11
odd [1] 2:6/1
offered [1] 2:11/15
Official [3] 2:11/4 2:11/16 2:11/22
Oh [1] 2:9/13
okay [11] 2:4/13 2:5/21 2:7/6 2:8/13 2:8/16 2:9/13 2:9/14 2:9/19 2:9/22 2:10/8 2:10/15
once [2] 2:5/19 2:7/10
ONE [2] 2:1/5 2:1/6
opportunity [1] 2:7/4
order [7] 2:1/12 2:4/22 2:6/2 2:7/13 2:7/14 2:7/24 2:8/5
original [1] 2:8/2
other [2] 2:5/16 2:11/8
our [1] 2:8/6
out [7] 2:5/25 2:7/16 2:8/24 2:9/14 2:9/20 2:10/5 2:10/19
own [3] 2:6/17 2:6/20 2:7/21

P
P.C [1] 2:2/4
PAGE [1] 2:3/2
paid [2] 2:11/19 2:11/19
paid/will [1] 2:11/19
part [3] 2:6/3 2:6/6 2:6/8
participated [1] 2:6/15
particular [2] 2:5/14 2:7/8
parties [2] 2:11/9 2:11/15
party [1] 2:8/25
patently [1] 2:6/9
paul [4] 2:2/13 2:2/16 2:4/14 2:11/19
perhaps [1] 2:7/23
Pierce [8] 2:2/18 2:4/16 2:7/2 2:7/15 2:7/19 2:8/19 2:9/23 2:10/11
plaintiff [4] 2:1/5 2:2/12 2:6/16 2:9/18
plan [1] 2:6/4
Plaza [1] 2:2/10
please [1] 2:4/11
PLLC [1] 2:2/14
point [2] 2:10/6 2:10/21
portions [1] 2:11/7
posing [1] 2:7/18
preparation [1] 2:11/18
Presiding [1] 2:1/18
previous [1] 2:7/14
prior [1] 2:8/5
PROBATE [4] 2:1/4 2:2/9 2:11/5 2:11/22
proceed [1] 2:5/1
proceeding [1] 2:6/10
proceedings [5] 2:1/16 2:1/19 2:4/1 2:11/8 2:11/14
prohibits [1] 2:6/25
provides [1] 2:5/19

Q
question [4] 2:5/12 2:7/11 2:7/14 2:7/18

R
really [1] 2:7/14
record [7] 2:1/2 2:4/5 2:4/6 2:10/11 2:11/10 2:11/13 2:11/18
recurring [1] 2:6/14
referencing [1] 2:7/2
reflects [1] 2:11/14
relief [1] 2:6/17
remanded [2] 2:6/11 2:10/20
removal [13]
removed [5] 2:4/25 2:5/19 2:5/23 2:9/12 2:10/3
reported [2] 2:1/19 2:11/11
Reporter [2] 2:11/4 2:11/22
REPORTER'S [4] 1:1/2 2:11/10 2:11/13 2:11/18
requested [2] 2:6/4 2:11/8
resident [1] 2:6/18
respective [1] 2:11/15
review [1] 2:8/8
revise [2] 2:1/12 2:8/4
right [10] 2:5/2 2:8/13 2:8/23 2:9/2 2:9/16 2:9/19 2:9/22 2:10/8 2:10/16 2:10/24
Ryan [2] 2:2/2 2:4/8
ryan.cantrell [1] 2:2/6

S
saying [1] 2:9/13
says [2] 2:5/5 2:5/23
SBOT [5] 2:2/3 2:2/4 2:2/9 2:2/14 2:2/18
seeking [1] 2:10/18
seems [1] 2:10/16
seen [1] 2:7/1
sense [1] 2:6/3
sham [1] 2:6/14
she [2] 2:8/25 2:9/8
she's [2] 2:9/2 2:9/3
shown [1] 2:9/3
signed [1] 2:6/2
Simoneaux [1] 2:1/17
Smith [1] 2:2/5
so [12]
some [4] 2:4/22 2:5/5 2:8/4 2:10/4
somebody [2] 2:5/4 2:8/22
something [3] 2:5/25 2:7/25 2:8/18
sorry [2] 2:9/23 2:10/21
sought [1] 2:6/17
spoken [1] 2:7/6
stands [1] 2:5/12
state [5] 2:5/19 2:7/3 2:9/24 2:11/1 2:11/5
stated [1] 2:8/1
statement [1] 2:5/16
statute [1] 2:5/18
stenotype [1] 2:1/19
still [1] 2:5/12
Street [3] 2:2/5 2:2/15 2:2/19
styled [1] 2:11/10
sued [1] 2:9/10
Sugar [1] 2:2/19
Suite [4] 2:2/5 2:2/10 2:2/15 2:11/23
suppose [2] 2:8/14 2:10/5

T
take [2] 2:7/19 2:8/23
talk [1] 2:4/21
Telephone [5] 2:2/6 2:2/11 2:2/16 2:2/20 2:11/24
temporary [4] 2:1/12 2:6/8 2:8/2 2:8/24
testimony [1] 2:6/17
TEXAS [11] 2:1/8 2:2/5 2:2/9 2:2/10 2:2/15 2:2/19 2:11/1 2:11/5 2:11/21 2:11/23 2:11/24
texasprobateattorney.com [1] 2:2/11
than [1] 2:5/16
Thank [5] 2:4/11 2:8/15 2:10/7 2:10/22 2:10/24
that [48]
that's [4] 2:4/13 2:7/14 2:7/17 2:9/20
theme [1] 2:6/14
then [3] 2:7/25 2:8/17 2:10/5
there [11] 2:6/12 2:6/23 2:7/16 2:8/4 2:8/12 2:8/17 2:9/20 2:10/3 2:10/5 2:10/13 2:10/16
there's [5] 2:6/13 2:7/25 2:10/1 2:10/17 2:10/20
they [2] 2:6/23 2:6/24
thing [2] 2:9/21 2:9/21
think [2] 2:5/2 2:7/14
this [26]
thought [2] 2:5/25 2:9/7
through [1] 2:8/9
time [3] 2:4/21 2:6/19 2:6/20
titled [1] 2:1/16
today [2] 2:8/14 2:10/14
total [1] 2:11/18
transcription [1] 2:11/7
trial [3] 2:1/3 2:7/3 2:7/10
true [1] 2:11/7
truly [1] 2:11/14
TRUST [3] 2:1/5 2:2/12 2:4/19
trustee [3] 2:1/4 2:2/12 2:4/19
trying [1] 2:9/19

U
under [1] 2:9/18
understand [1] 2:5/10
understood [2] 2:9/6 2:9/7
unmute [1] 2:4/10
unsupportable [1] 2:6/10
until [1] 2:10/18
up [1] 2:6/5

V
versus [1] 2:4/4
very [2] 2:8/16 2:10/24
via [3] 2:1/18 2:4/1 2:11/11
VOL [1] 2:3/2
volume [3] 2:1/2 2:3/1 2:11/9
VOLUMES [1] 2:1/2

W
walked [1] 2:5/25

W
want [1] 2:8/20
was [14]
we [10] 2:4/5 2:4/20 2:5/4 2:5/25 2:6/7 2:7/25 2:8/3 2:8/5 2:8/11 2:8/13
We'll [1] 2:10/22
Well [3] 2:5/10 2:9/5 2:9/17
were [1] 2:11/11
what [4] 2:5/10 2:5/22 2:6/9 2:9/11
whatever [1] 2:7/1
when [3] 2:4/20 2:5/25 2:7/13
where [1] 2:8/11
whether [1] 2:10/19
which [2] 2:6/14 2:11/11
White [1] 2:2/4
who [1] 2:4/6
whole [3] 2:9/21 2:9/21 2:10/2
will [4] 2:6/10 2:8/3 2:8/5 2:11/19
Williams [1] 2:2/4
without [1] 2:7/4
WITNESS [1] 2:11/16
word [1] 2:7/19
work [1] 2:5/13
would [1] 2:7/21
writing [1] 2:11/8
wrong [1] 2:5/7

Y
Yes [2] 2:10/7 2:10/10
yesterday [1] 2:6/8
you [14]
you're [1] 2:8/18
you-all [1] 2:4/21
your [9] 2:4/7 2:4/24 2:5/24 2:7/21 2:8/3 2:8/15 2:10/1 2:10/7 2:10/10
yourself [1] 2:4/11

Z
Zoom [3] 2:1/18 2:4/1 2:11/11