**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **LINDA GOEHRS,**<br>*Plaintiff,*<br>**v.**<br>**MADISON FONTENOT and DAKOTA FONTENOT,**<br>*Defendants,*<br>**DALLAS JOSEPH FONTENOT III and MICHELLE FONTENOT,**<br>*Intervenors.* | CIVIL ACTION NO. 4:26-cv-02743<br><br>(Jury Demanded |

**ORDER DENYING INTERVENORS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DAKOTA FONTENOT SHOULD NOT BE HELD IN CONTEMPT (DKT. 15)**

Before the Court is Intervenors Michelle Fontenot and Dallas Joseph Fontenot III's Motion for an Order to Show Cause Why Dakota Fontenot Should Not Be Held in Contempt (Dkt. 15). The Court has considered the motion, Defendant Dakota Fontenot's response, the record, and the applicable law.

The Court finds that the motion does not contain the conferral averment required by Southern District of Texas Local Rule 7.1.D.

The Court further finds that Intervenors have not established by clear and convincing evidence that a valid court order was in effect. See Whitcraft v. Brown, 570 F.3d 268, 271–72 (5th Cir. 2009). The March 18, 2026 temporary injunction does not set the cause for trial on the merits and is void under Texas Rule of Civil

Procedure 683. See InterFirst Bank San Felipe, N.A. v. Paz Constr. Co., 715 S.W.2d 640, 641 (Tex. 1986); Qwest Commc'ns Corp. v. AT&T Corp., 24 S.W.3d 334, 337 (Tex. 2000). Intervenors judicially admitted that the March 18 order is void and that they would not seek to enforce its terms. A void order cannot support contempt. Ex parte Shaffer, 649 S.W.2d 300, 301–02 (Tex. 1983).

The Court further finds that the April 7, 2026 modified temporary injunction was entered after this action was removed and is void under 28 U.S.C. § 1446(d). Section 1450 preserves only orders entered prior to removal. 28 U.S.C. § 1450; Granny Goose Foods, Inc. v. Bhd. of Teamsters, 415 U.S. 423, 436 (1974).

It is therefore ORDERED that Intervenors' Motion for an Order to Show Cause Why Dakota Fontenot Should Not Be Held in Contempt (Dkt. 15) is DENIED.

SIGNED at Houston, Texas, on ____________________, 2026.

______________________________________________

**UNITED STATES DISTRICT JUDGE**