**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LINDA GOEHRS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| MADISON FONTENOT and | § | |
| DAKOTA FONTENOT, | § | CIVIL ACTION NO. 4:26-cv-02743 |
| | § | |
| *Defendants*, | § | |
| | § | |
| DALLAS JOSEPH FONTENOT III | § | |
| and MICHELLE FONTENOT, | § | |
| | § | |
| *Intervenors*. | § | |

**INTERVENORS' INITIAL RULE 26 DISCLOSURES**

Intervenors Michelle Fontenot and Dallas Joseph Fontenot III hereby submit these Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. These initial disclosures are based on the information reasonably available to Intervenors at this time and are made without waiving any objections as to relevance, materiality, or admissibility of evidence in the action. Intervenors reserve the right to revise, correct, supplement, or clarify the disclosures at any time, consistent with Federal Rule of Civil Procedure 26(e).

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

**Michelle Fontenot**
c/o Ryan O. Cantrell
Mariah J. Karigan
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400

Houston, Texas 77002
(713) 658-1818
*Beneficiary of Holli Ann Hardin Trust Number One and Dakota Trust*

**Dallas Joseph Fontenot III ("Joe")**
c/o Ryan O. Cantrell
Mariah J. Karigan
CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY, P.C.
1200 Smith Street, Suite 1400
Houston, Texas 77002
(713) 658-1818
*Beneficiary of Holli Ann Hardin Trust Number One and Dakota Trust*

**Dakota Fontenot**
c/o Paul Beik
440 Louisiana Street, Suite 1800
Houston, Texas 77002
*Beneficiary of Holli Ann Hardin Trust Number One and Dakota Trust; claims to be trustee of the Dakota Trust and officer/director of Viva Las Vegas Properties, Inc.*

**Linda Goehrs**
c/o Rudy Culp
TEXAS PROBATE ATTORNEY PLLC
24 Greenway Plaza, Suite 1825
Houston, Texas 77046
(713) 297-0700
*Temporary Successor Trustee for the Holli Ann Hardin Trust Number One*

**Joanna Gonzalez-Lambert**
1800 West Loop S., Suite 1125
Houston, Texas 77025
*Bookkeeper with knowledge of the Holli Ann Hardin Trust Number One related entities financial transactions, club operations, and Dakota's personal expenditures using entity funds*

**Madison Fontenot**
c/o Lloyd Kelley
The Kelley Law Firm
2726 Bissonnet, Ste 240, PMB 12
Houston, TX 77005
*Dakota Fontenot's wife and employee of Colorado Club hired by Dakota*

**James Mark Everett**
1112 Colorado Street
Austin, Texas 78701
*Attorney that prepared October 2017 removal documents*

**Amir Shenaq**
5416 Doliver Drive
Houston, Texas 77056
*Dakota Fontenot's father-in-law and owner of entity that received $50,000 in interest for a short-term loan*

**David Bartine**
22202 Highland Knolls Drive
Katy, Texas 77450
(832) 437-9844
*CPA for the Holli Ann Hardin Trust Number One and related business entities*

**CLE Group SKZ Real Estate, LLC**
**Zack Truesdell**
1800 W Loop S., Suite 1125
Houston, TX 77027
*Purchaser of Ice Embassy stock and real property owned by HFR Enterprises*

**Colorado Rose, LLC**
**Kyle W. Kinsel**
1855 Westlake Drive
Austin, Texas 78746
*Identified in Purchase and Sale Agreement*

**Gray Entertainment Inc.**
**John Gray**
6111 Burning Tree Drive
Houston, Texas 77036
*Recipient of funds from sale of Colorado Club pursuant to purported consulting agreement entered into by Dakota Fontenot*

**Tim Wilson**
timwilson007@hotmail.com
*Recipient of funds from sale of Colorado Club pursuant to purported consulting agreement entered into by Dakota Fontenot*

**LHS Homes, LLC**
**Hadi Jafarzadeh**
2522 Nantucket Unit B
Houston, Texas 77057
(281) 802-4262

*Lender under loan that Dakota allowed to go into default*

**David Bartine**
22202 Highland Knolls Drive
Katy, Texas 77450-5868
(832) 437-9844
*CPA for the Colorado Club entities*

**(ii) A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Intervenors may use Exhibits 1 to 22 of Intervenors' Third Amended Answer, Affirmative Defenses, Cross-Claims, and Application for Temporary Injunctive Relief, as well as documents served on September 23, 2025 with accompanying business records affidavits, documents produced by Dakota Fontenot, and all documents admitted into evidence in the state court evidentiary proceedings on September 24, 2025, October 24, 2025, and March 6, 9, and 13, 2026 things to support their claims or defenses. Such documents include, but are not limited to:

- Trust Declaration for the Holli Ann Hardin Trust Number One, along with resignation and appointment of trustee documents
- Trust Declaration for the Dakota Trust, along with resignation and appointment of trustee documents
- Letter of Intent re: Purchase of Stock of Ice Embassy, Inc. and Real Property of HFR Enterprises, Inc.
- Letter of Intent re: Purchase of Membership Interests of BFD LP, LLC and BFD GP, LLC
- HFR Purchase and Sale Agreement
- Amendment to Purchase and Sale Agreement
- Ice Embassy Stock Purchase Agreement
- Disclosure Schedules to Stock Purchase Agreement
- Partnership Interest Purchase Agreement
- Ancillary agreements and documents relating to the 2025 Colorado Club transactions, including the Escrow Agreement, Settlement Statement, and List of Debts Paid
- Administrative Services Agreement
- Management Agreement
- Entertainment Marketing & Management balance sheets and profit and loss statements
- Ice Embassy, Inc. balance sheets and profit and loss statements
- HFR Enterprises balance sheets and profit and loss statements
- Emerald Island Holdings, LLC formation and amendment documents
- Correspondences between Dakota's counsel and buyer's counsel
- Viva Las Vegas Properties, Inc. corporate governance documents, including resolutions adopted by written consent

**(iii) A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of the injuries suffered.**

Based upon information currently known, the economic damages suffered by Intervenors and the Holli Hardin Trust exceeds $2,750,000, representing the sales proceeds improperly allocated by Dakota to Entertainment Marketing & Management, LLC. Intervenors and the Holli Hardin Trust have also suffered damages due to Dakota's mismanagement of the entities, compensation, salary, and management fees taken in violation of the settlement agreement. Discovery is ongoing and the extent of damages suffered are still being determined.

Intervenors have also suffered economic damages in excess of $200,000 due to Dakota's misappropriate of sales proceeds from the sale of 3414 Old Richmond Road.

Intervenors have incurred, and will continue to incur, reasonable and necessary attorneys' fees and costs. These costs are ongoing and will be supplemented as the case progresses and new information becomes available. Invoices (redacted for privilege) will be available for inspection and copying at a mutually convenient time at the law offices of Chamberlain Hrdlicka upon reasonable request.

**(iv) For inspection and copying under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Respectfully submitted,

CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & AUGHTRY, P.C.

By: */s/ Ryan O. Cantrell*
Ryan O. Cantrell, Attorney-in-Charge
Texas Bar No. 24055259
Southern District of Texas No. 726506
ryan.cantrell@chamberlainlaw.com
Mariah J. Karigan
Texas Bar No. 24123088
Southern District of Texas No. 3663234
mariah.karigan@chamberlainlaw.com
1200 Smith Street, Suite 1400
Houston, Texas 77002

(713) 658-1818
*Attorneys for Michelle Fontenot and Dallas Joseph Fontenot III*

**CERTIFICATE OF SERVICE**

I hereby certify that a correct copy of the foregoing has been served on all attorneys of record on September 18, 2026.

*/s/ Ryan O. Cantrell*
Ryan O. Cantrell