**RUDOLPH M. CULP**
TEXAS PROBATE ATTORNEY, PLLC
24 Greenway Plaza, Suite 1825, Houston, TX 77046
(713) 297-0700 rudy@texasprobateattorney.com

EDUCATION

| | |
|---|---|
| Undergraduate | Baylor University, B.S. Biology, Minors, Chemistry and Environmental Studies, 1999 |
| Graduate | University of Houston, J.D., 2004<br>Licensed by the State Bar of Texas, November 2004 |

EMPLOYMENT

| | |
|---|---|
| May 2025 – Present | Texas Probate Attorney, PLLC |
| January 2012 – April 2025 | Horrigan Goehrs Edwards & Culp, LLP, Partner |
| October 2005 – January 2009 | Horrigan & Goehrs, LLP, Associate |
| October 2002 – October 2005 | O'Quinn Laminack & Pirtle |

MEMBER

- Houston Bar Association
- American Bar Association
- State Bar of Texas
- Real Property, Probate & Trust Section of the State Bar of Texas
- Attorneys in Tax and Probate (Board Member 2011-2016, President 2014 - 2015)
- Disability and Elder Law Attorneys Association (President 2009-2010, Board Member 2008-2011)
- College of the State Bar of Texas
- American Inns of Court-Probate Division (Inaugural Member)
- Planning Committee for the 24th Annual Estate Planning & Probate Drafting Course
- Planning Committee: 2013 South Texas College of Law Wills/Probate Institute

EXPERIENCE as Ad Litem

- 20+ years practicing in the area of Probate, Estate, Guardianship and Fiduciary litigation
- 20+ years as Certified ad litem by the Texas State Bar
- Appointed by the Court and served as ad litem in more than 100 different matters.

AUTHOR/SPEAKER

- Author: TO BE OR NOT TO BE...TO SUE OR NOT TO SUE State Bar of Texas Advanced Estate Planning and Probate Course Materials
- Author: DECEDENTS OR WARDS AS PARTIES: The Advocate
- Author: TRIGGERS OF FIDUCIARY DUTY: State Bar of Texas Anatomy of Fiduciary Litigation Course Materials
- Author/Speaker: FROM PETITION TO TRIAL: State Bar of Texas 24th Annual Estate Planning & Probate Drafting Course Material
- Speaker: POST TRIAL MOTIONS: State Bar of Texas Anatomy of Fiduciary Litigation Course Materials