# STACY L. KELLY

Texas Probate Attorney, PLLC
24 Greenway Plaza, Suite 1825
Houston, Texas 77046


## Professional Experience

**Texas Probate Attorney, PLLC,** Houston, Texas
January 2025 to the Present
Founding Member

**The Blum Firm,** Houston, Texas
July 2022 through December 2024
Partner: Probate and fiduciary litigation and appeals

**Holland & Knight LLP,** Houston, Texas
June 2018 through July 2022
Senior Counsel: Private Wealth Services
Probate and fiduciary litigation and appeals

**Ostrom Morris, PLLC,** Houston, Texas
May 2016 through June 2018
Partner: Probate and fiduciary litigation and appeals

**Galligan & Manning,** Houston, Texas
June 2013 through April 2016
Attorney: Probate and fiduciary litigation and appeals

**Terry Bryant PLLC,** Houston, Texas
2009 through May 2013
Attorney: Personal Injury litigation

**MacIntyre & McCulloch, LLP,** Houston, Texas
(Former Thompson & Knight attorneys)
2007 through 2008
Partner: Probate and fiduciary litigation and appeals

**Thompson & Knight LLP,** Houston, Texas
2003 through 2007
Associate Attorney: Probate and fiduciary litigation and appeals

**Dinkins Kelly Lenox Lamb & Walker LLP,** Houston, Texas
1999 through 2003
Associate Attorney: Probate and fiduciary litigation and appeals

## Education/Professional Development

**South Texas College of Law, *J. D., 1998***
Top 16; Best Team, Leroy Jeffers Memorial Moot Court Competition; Phi Delta Phi

**The University of Texas at Austin**
B.S. Organizational Communications

**National Institute for Trial Advocacy,** June 2003

## Bar Memberships

Texas (1999); United States Supreme Court (2007); United States Court of Appeals, Fifth Circuit (2006); U.S. Dist. Ct., Eastern District Texas (2001); U.S. Dist. Ct., Northern District Texas (2006); U.S. Dist. Ct., Southern District Texas (2001); Washington State (2018); Oregon State (2019).

## Appeals

*Peterson v. Mayse*, 993 S.W.2d 217 (Tex.App. – Tyler 1999, writ denied).
*Martin v. Palmer*, 1 S.W.3d 875 (Tex.App. – Houston [1st Dist.] 1999, pet denied).
*Kubosh v. State* 177 S.W.3d 156 (Tex. App. - Houston [1st Dist.] 2005, pet. denied).
*Garton v. Rockett* 190 S.W.3d 139 (Tex. App. -- Houston [1st Dist.] 2005, no pet.)
*Kennedy v. E.I. DuPont De Nemours & Co.*, 2005 U.S. Dist. Ct., LEXIS 46246 (E.D. Tex. Beaumont Mar. 2, 2005)
*United States Fire Ins. Co. v. Gnade*, 2005 Tex.App. LEXIS 1825 (Tex.App. Waco Mar. 9, 2005)
*In re Van Brookshire*, 2006 Tex. App. LEXIS 8257 (Tex. App. Houston 1st Dist. Sept. 21, 2006)
*Kennedy v. Plan Adm'r for DuPont Sav. And Inv. Plan*, 497 F.3d 426 (5th Cir. Tex. 2007)
*Pruett v. Harris County Bail Bond Bd.*, 489 F.3d 217 (5th Cir. Tex. 2007)
*Pruett v. Harris County Bail Bond Bd.*, 499 F.3d 403 (5th Cir. Tex. 2007)
*In re Estate of LaFrance*, 2007 Tex. App. LEXIS 8176 (Tex. App. Houston 14th Dist. Oct. 11, 2007)
*Pruett v. Harris County Bail Bond Bd.*, 249 S.W.3d 447 (Tex. 2008)
*Pruett v. Harris County Bail Bond Bd.*, 593 F.Supp.2d 944 (US Dist. Ct. S.D. Texas Houston Division Nov. 13, 2008)
*Kennedy v. Plan Adm'r for DuPont Sav. And Inv. Plan*, 555 U.S. 285, 129 S. Ct. 865 (2009)

**Activities & Professional Organizations**

American Bar Association (Litigation, and Real Property, Trust and Estate Law; Animal Law Sections, Former Newsletter Associate Editor and Committee Member)

State Bar of Texas (Litigation, Real Estate, Probate and Trust Law, Appellate, and Animal Law Sections)

Houston Bar Association (Litigation Section)