# PATRICK M. FLYNN

ATTORNEY & COUNSELOR AT LAW
**A Professional Corporation**
1225 N. LOOP WEST, SUITE 1000
HOUSTON, TEXAS 77008-1775

☎ (713) 861-6163
Fax (713) 961-5566
Email: pat@pmfpc.com

• Board Certified - Labor & Employment Law
Texas Board of Legal Specialization
• Member - State Bar College

• Fellow - The College of Labor and Employment Lawyers, Inc.
• Fellow - Texas Bar Foundation
• Fellow - The American Bar Foundation

## BACKGROUND, EDUCATION AND EMPLOYMENT

- Patrick M. Flynn was born in Miami, Florida
- University of Central Florida; Orlando, Florida; graduated, cum laude, with a Bachelor of Science degree in Management
- South Texas College of Law Houston; Houston, Texas; graduated with honors
- National Labor Relations Board, Field Attorney, 1977 to 1980
- 1980 to present, private law practice (Board Certified in Labor and Employment Law since 1982)
- Arbitrator, AAA Employment Dispute Resolution Roster

## PROFESSIONAL COMMITTEES

- Past-Chairman, Houston Bar Association, Labor and Employment Law Section
- Past Chairman, Labor and Employment Law Advisory Commission, Texas Board of Legal Specialization
- Past Chairman, State Bar of Texas, Labor and Employment Law Section
- Past Member, AFL-CIO Lawyers Coordinating Committee Advisory Board
- Past-Labor Co-Chair, ABA/Regional EEOC Liaison Program
- Past-President, Greater Houston Chapter, Labor & Employment Relations Association (formerly IRRA)

## PROFESSIONAL ASSOCIATIONS

- Fellow, The College of Labor and Employment Lawyers, Inc.
- Fellow, American Bar Foundation, Texas Bar Foundation, and Houston Bar Foundation
- Member, American Bar Association and its Labor and Employment Law Section
- Member, State Bar College
- Member, Houston Bar Association and its Labor and Employment Law Section
- Member, International Foundation of Employee Benefit Plans
- Member, National Employment Lawyers Association (NELA)
- Member, Lawyer Pilot's Bar Association
- Member, Aviation Lawyers Association (formerly International Air & Transportation Safety Bar Association)

## PRESENTATIONS

- State Bar of Texas and Houston Bar CLE Programs
- South Texas College of Law Houston
- Society for Human Resource Management
- University of Texas School of Law
- University of Texas School of Public Health
- International Foundation of Employee Benefit Plans
- Greater Houston Chapter of Labor and Employment Relations Association and IRRA
- Texas AFL-CIO
- National Academy of Arbitrators
- Houston Chapter, NELA

## COURT ADMISSIONS

- U. S. Supreme Court
- U. S Courts of Appeals for the Fifth, and D. C. Circuits
- U. S. District Courts for the Southern, Eastern, Northern and Western Districts of Texas
- State Bar of Texas
- Florida Bar