**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LINDA GOEHRS<br>Plaintiff,<br><br>v.<br><br>MADISON FONTENOT and DAKOTA FONTENOT,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:26-CV-02743 |

**NOTICE OF APPEARANCE OF PATRICK M. FLYNN AS CO-COUNSEL FOR PLAINTIFF**

Plaintiff, Linda Goehrs ("Goehrs"), provides notice to the Court, as follows:

1. Goehrs designates PATRICK M. FLYNN, of the firm of Patrick M. Flynn, P.C., as Co-Counsel on behalf of Plaintiff.

2. Patrick M. Flynn is a member in good standing of the State Bar of Texas, whose bar number appears below, and he is admitted to practice before this Court.

3. Patrick M. Flynn will be co-counsel and responsible for the lawsuit and will be an attorney to receive all communications from this Court, and from all parties.

4. Patrick M. Flynn respectfully requests that copies of all pleadings, pleas, motions, notices, orders, and any other items be served to the Plaintiff through me and co-counsel, via email, at the address below, or the Court's CM/ECF system.

[intentionally left blank]

Respectfully submitted,

PATRICK M. FLYNN, P.C.

/s/Patrick M. Flynn
Patrick M. Flynn
Texas Bar No. 07199200
Federal Bar No. 3687
1225 North Loop West, Suite 1000
Houston, TX 77008-1775
713-861-6163
713-961-5566 fax
pat@pmfpc.com
**CO-COUNSEL FOR PLAINTIFF**

OF COUNSEL
Patrick M. Flynn
Patrick M. Flynn, P.C.
1225 North Loop West, Suite 1000
Houston, TX 77008-1775
713-861-6163
713-961-5566 fax
pat@pmfpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 28 September 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to those parties who have consented in writing to accept this Notice as service of this document by electronic means:

/s/ Patrick M. Flynn
Patrick M. Flynn