**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LINDA GOEHRS, in her capacity as Temporary Successor Trustee of the Holli Ann Hardin Trust Number One,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:26-cv-02743 |
| **DAKOTA FONTENOT and MADISON FONTENOT,** | § | |
| Defendants, | § | |
| **MICHELLE FONTENOT and DALLAS JOSEPH FONTENOT III,** | § | (Jury Demanded) |
| Intervenors. | § | |

**ORDER GRANTING DEFENDANT DAKOTA FONTENOT'S MOTION FOR LEAVE TO FILE HIS ANSWER, COUNTERCLAIM, AND CROSSCLAIM**

Before the Court is Defendant Dakota Fontenot's Motion for Leave to File His Answer, Counterclaim, and Crossclaim. The Court has considered the motion, the Scheduling Order (Dkt. 17), and the applicable law. The motion is GRANTED.

Dakota Fontenot is granted leave to file his Answer to Plaintiff's petition, Counterclaim, and Crossclaim against Intervenors Michelle Fontenot and Dallas Joseph Fontenot III, in the form attached to the motion as Exhibit A. The Clerk is

directed to file Exhibit A on the docket as of the date of this Order. Plaintiff and Intervenors shall respond within the time provided by the Federal Rules of Civil Procedure.

SIGNED this ______ day of ______________, 2026.

______________________________

**UNITED STATES DISTRICT JUDGE**