EST. 2001
TEXAS PROBATE ATTORNEY PLLC

FORT WORTH
PHONE: 682-428-0700
FAX: 682-428-8137
FORT WORTH OFFICE
1701 River Run, Suite 1011
Fort Worth, Texas 76107

HOUSTON
PHONE: 713-297-0700
FAX: 682-428-8137
HOUSTON OFFICE
24 Greenway Plaza, Suite 1825
Houston, Texas 77046

AUSTIN
PHONE: 512-798-0700
FAX: 682-428-8137
AUSTIN OFFICE
PO Box: PO Box 200
Manor, Texas 78653

October 13, 2026

***Via E-Service***
ryan.cantrell@chamberlainlaw.com
paul@beiklaw.com
kelley@lloydekelley.com
jim@jamespierce.com

Re: Cause No. 4:26-cv-02743; *Linda Goehrs, Plaintiff v. Madison Fontenot and Dakota Fontenot, Defendants, Dallas Joseph Fontenot, III and Michelle Fontenot, Intervenors* pending in the United States District Court for the Southern District of Texas, Houston Division

Dear Counsel,

Production in the above-mentioned civil action containing documents labeled HAH 000001 – HAH 013053 can be accessed for downloading at the following link:

https://www.dropbox.com/scl/fo/nr4bo54u0gvw2n04jmtpf/AIAJccsyqDdkNvFulz8W-Ko?rlkey=x0wupcxgvfz2qj5wpxpslsocy&st=6mlk2gg0&dl=0

Please let us know if you have any questions or issues with the link.

Sincerely,

Collin Bullard

Collin Bullard

CJB/RMC/rce