**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LINDA GOEHERS** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-02743** |
| | § | |
| **MADISON FONTENOT, *et. al.*** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Pending before the Court is Plaintiff's Motion for Leave to Serve Amended Designation of Expert Witnesses and Initial Disclosures and/or Motion for Modification of Scheduling Order (Document No. ____). Having considered the motion, submissions, and applicable law, the Court determines that Plaintiff's Motion for Leave to Serve Amended Designation of Expert Witnesses and Initial Disclosures and/or Motion for Modification of Scheduling Order should be granted. Accordingly, the Court hereby

ORDERS that Plaintiff's Motion for Leave to Serve Amended Designation of Expert Witnesses and Initial Disclosures and/or Motion for Modification of Scheduling Order is hereby GRANTED. The Court further

ORDERS that Plaintiff is hereby granted leave of court to serve her initial disclosures, which shall be completed within ____ days of the date of this Order. The Court further

ORDERS that Plaintiff is hereby granted leave of court to serve amended designations of expert witnesses, which shall be completed within ____ days of the date of this Order.

SIGNED this _____ day of _____________, 2026.

_______________________________
United States District Judge